UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                    Case No. 6:16-bk-00188-KSJ

Nadine Roundtree Trombacco,                              Chapter 13

      Debtor.
_____/

## OBJECTION TO CONFIRMATION OF AMENDED
## CHAPTER 13 PLAN FILED BY BANK OF AMERICA, N.A.

Bank of America, N.A. ("Secured Creditor"), by and through undersigned counsel, hereby objects to confirmation of the Debtor's Amended Chapter 13 Plan (the "Plan") (Doc. No. 17), and in support thereof states:

1. <u>Debtor's Bankruptcy Case</u>:   This case was commenced by the filing of a voluntary Chapter 13 petition on January 11, 2016 (the "Petition Date") by Nadine Roundtree Trombacco (the "Debtor").

2. <u>Collateral</u>:   Secured Creditor holds a mortgage lien against the Debtor's real property located at 7706 Ferrara Avenue, Orlando, Florida 32819 (the "Property").

3. <u>Secured Creditor's Claim</u>:  Secured Creditor has not yet filed a proof of claim, but will do so prior to the expiration of the claims deadline.  Secured Creditor anticipates filing a proof of claim with an estimated principal balance in the amount of $34,160.47, interest in the amount of $2,732.76, and arrearages in the amount of $19,623.49.

4. <u>Plan Treatment</u>:   The Debtor's Plan states that Secured Creditor will receive a monthly "debt service" payment of $300.00.  However, these figures do not conform to Secured Creditor's anticipated Proof of Claim.  In addition, the Debtor did not file the Chapter 13 Model Plan.

5. <u>Foreclosure:</u>  Secured Creditor commenced a foreclosure action titled <u>Bank of America, N.A. vs. Raquel D. Spatcher, Douglas J. Trombacco, Nadine R. Trombacco, et. al.,</u> in the Ninth Judicial Circuit in and for Orange County, Case Number 2014-CA01312-O.  A Final Judgment of Foreclosure was entered on August 24, 2015.  The Final Judgment was in the amount of $45,096.49.  The foreclosure sale was scheduled for January 12, 2016 and stayed by the filing of this case.

6. <u>Pre-petition Arrearage:</u>   The Plan is not in compliance with the requirements of 11 U.S.C. § 1322(b)(3),(5) and 1325(a)(5)(A), and cannot be confirmed since it fails to address (i) the pre-petition arrearage due to Secured Creditor; and (ii) the monthly post-petition installment payments due on Secured Creditor's mortgage claim.

7. <u>Secured Creditor does not Consent to the Plan:</u>  Secured Creditor does not consent to the treatment of its claim as proposed by the Debtor's Plan.  Accordingly, the Plan cannot be confirmed pursuant to 11 U.S.C. § 1325(a)(5)(A).

8. <u>Attorney's Fees and Costs:</u>   Secured Creditor has incurred additional fees and costs as a result of having to file this objection.

9. <u>Objection:</u>   Secured Creditor reserves the right to supplement and/or amend this Objection to Confirmation.

REMAINDER OF PAGE INTENTIONALLY LEFT BLANK

_____
MCCALLA RAYMER, LLC
110 S.E. 6th Street, Suite 2400
Ft. Lauderdale, FL 33301

WHEREFORE, the Secured Creditor requests that the Court enter an order denying confirmation of the Debtor's Amended Chapter 13 Plan, unless such Plan is amended to overcome the objections of Secured Creditor as stated herein, and for such other and further relief as the Court deems just and proper.

        MCCALLA RAYMER, LLC

By:   /s/ Ashley Prager Popowitz

Ashley Prager Popowitz
Florida Bar No. 72341
110 S.E. 6th Street, Suite 2400
Ft. Lauderdale, FL 33301
Phone: (754) 263-1065
Fax: (754) 263-1065
Email: alp@mccallaraymer.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on February 24, 2016 to all parties on the list to receive e-mail notice/service for this case, via the Notice of Electronic Filing (which is incorporated herein by reference), and via U.S. Mail to Nadine Roundtree Trombacco, PO Box 926, Groveland, FL 34736.

By:   /s/ Ashley Prager Popowitz
      Ashley Prager Popowitz

**6:16-bk-00188-KSJ Notice will be electronically mailed to:**

- Iris Kwon    ikwon@rasflaw.com, bkyecf@rasflaw.com
- Ashley Prager Popowitz    alp@mccallaraymer.com, FLBKECF@mccallaraymer.com
- United States Trustee - ORL7/13    USTP.Region21.OR.ECF@usdoj.gov
- Laurie K Weatherford    ecfdailysummary@c13orl.com