UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

NADINE ROUNDTREE TROMBACCO,

    Debtor(s).

Case No.: 6:16-bk-00188-KSJ

**TRUSTEE'S MOTION TO DISMISS CASE FOR FAILURE
TO FILE A FEASIBLE CHAPTER 13 PLAN**

A preliminary hearing in this case will be held on **July 12, 2016 at 9:30 AM** in Courtroom 6A, United States Bankruptcy Court, George C. Young Courthouse, 400 W. Washington Street, 6th Floor, Orlando, FL  32801, and act upon the following matter and transact such other business that may come before the court:

**Motion to Dismiss for Failure to File a Feasible Chapter 13 Plan**

1. The hearing may be continued upon announcement made in open Court without further notice.
2. Appropriate Attire. You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

Avoid delays at Courthouse security checkpoints. You are reminded that Local Rule 5073-1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Due to heightened security procedures, persons must present photo identification to enter the Courthouse.

COMES NOW, Laurie K. Weatherford, the Chapter 13 Trustee, and files her Motion to Dismiss for Failure to File a Feasible Chapter 13 Plan and as grounds states as follows:

1. This Chapter 13 case was filed on January 11, 2016.

2. The Chapter 13 Plan was filed on February 9, 2016.

3. The plan proposes to pay $825.00 a month to Nationstar Mortgage LLC. Regular payments according to Nationstar Mortgage LLC's proof of claim (Claim 7-1) are $1,462.88. The plan does not address the arrearage as of Date of the Petition.  No objection to the claim or mortgage modification mediation motion has been filed.

4. The plan proposes to pay $300.00 a month to Bank of America, N.A. According to Bank of America's claim (Claim 8-1), regular payments are $395.51 and there are arrears in the amount of $19,648.50. The Debtor has not filed an objection to Claim 8-1 nor has the Debtor filed a mortgage modification mediation motion.

5. The plan does not provide payments for the Internal Revenue Service's priority claim (Claim 4-1).

6. The plan does not provide a plan payment to the Trustee's office.

WHEREFORE, the Trustee moves this Court for an order dismissing this case and for such other relief as is just and proper.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by Electronic Notification and/or by United States mail, postage pre-paid, to all parties on the courts official mailing matrix on May 4, 2016.

LAURIE K. WEATHERFORD
Chapter 13 Standing Trustee

/s/ Laurie K. Weatherford
Laurie K. Weatherford, Trustee
Stuart Ferderer, Esq.
Fla. Bar No. 0746967
Wayne Spivak, Esq.
Fla. Bar No. 0038191
Post Office Box 3450
Winter Park, Florida 32790-3450
Telephone: (407) 648-8841
Facsimile: (407) 648-2665