UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re:

NADINE ROUNDTREE TROMBACCO,                Case No. 6:16-BK-00188-KSJ

        Debtor(s).                                                       Chapter 13
_____/

**NOTICE OF ADDITIONAL SECURED CREDITOR**
**(Pending Tax Deed Application)**

NOTICE IS HEREBY GIVEN by Scott Randolph, CFC, Tax Collector, Orange County, Florida, that the creditor listed below purchased a pre-petition secured ad valorem property tax lien on the property referenced below, and has filed a tax deed application thereon.

| Certificate Holder Contact Information | PARCEL No. | Tax Deed File Number | Tax Deed Certified Amount* | Annual Interest |
|---|---|---|---|---|
| CAP ONE AS COLL ASSN RMCTL2013<br>P O BOX 54426<br>NEW ORLEANS, LA  70154 | 04-21-28-5525-00310 | 2013-02410 | $2,461.73 | 18% |

**\* NOTE:**  Certified amount includes all taxes, certificates and fees paid to the tax collector upon application. Additional statutory costs, fees and interest may have been incurred by the Clerk of Court and the certificate holder.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 7th of June, 2016, the undersigned filed a copy to all relevant parties in this action electronically with the Bankruptcy Court and by U.S. Mail to the Certificate Holder and Debtors' Counsel.

    /s/ Nicolette Loper
    Nicolette Loper, In House Paralegal
    For:  SCOTT RANDOLPH,
    ORANGE COUNTY TAX COLLECTOR
    200 S. Orange Ave, Suite 1500
    Orlando, FL 32801
    Telephone:  (407) 836-2772
    Facsimile:  (407) 836-0084
    Email:  nloper@octaxcol.com