July 6, 2016

To: United States Bankruptcy

Case # 16-00188

FILED
JUL -6 2016
CLERK U.S. BANKRUPTCY,
ORLANDO DIVISION

I'm requesting 3 more days to finish my schedules.

And to reschedule court date July 12, 2016

Sincerely

Nadine R Trombacco