[Dostkamd] [Order Striking Amendment To Schedules]

ORDERED.

**Dated: July 12, 2016**

Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 6:16−bk−00188−KSJ |
| | Chapter 13 |
| Nadine Roundtree Trombacco | |
| aka Nadine Roundtree Spatcher | |
| aka Nadine Roundtree | |
| | |
| _____Debtor*_____ / | |

### ORDER STRIKING AMENDMENT TO SCHEDULES

THIS CASE came on for consideration, without hearing, of the Amendment to Schedules ("Amendment") filed July 11, 2016 , Doc. No. 32 . The Amendment is deficient as follows:

The Amendment does not contain an appropriate unsworn declaration with signature of the debtor in compliance with Fed. R. Bankr. P. 1008.

Accordingly, it is **ORDERED:**

The Amendment to Schedules is stricken without prejudice and with leave to refile after having cured these deficiencies.

The Clerk's office is directed to serve a copy of this order on interested parties.
*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.