

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

07/12/2016 09:30 AM

COURTROOM   6A, 6th Floor

HONORABLE KAREN JENNEMANN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 6:16-bk-00188-KSJ | 13 | 01/11/2016 |

Chapter 13

**DEBTOR:**   Nadine Trombacco

**DEBTOR ATTY:**   NA

**TRUSTEE:**   Laurie Weatherford

**HEARING:**

(1) Confirmation Hearing
Amended Chapter 13 Plan (Doc #34)
Objection to Confirmation by Bank of America (Doc #24)
Objection to Confirmation by Nationstar Mortgage (Doc #25)
(2) Trustee's Motion to Strike Amended Chapter 13 Plan (Doc #27)
(3) Trustee's Motion to Dismiss Case For Failure to File a Feasible Chapter 13 Plan (Doc #28)
(4) Debtor's Motion to Reschedule Confirmation Hearing (Doc #31)
.

**APPEARANCES::**

Nadine Trombacco, pro se Debtor
Lorne Durket (Bank of America)
Laurie Weatherford, Chapter 13 Trustee
 **RULING:**

(1) Confirmation Hearing:    Continued in open court to September 14, 2016 at 2:00 p.m.

(2) Trustee's Motion to Strike Amended Chapter 13 Plan   (Doc #27):   Granted.   Debtor to file amended plan by August 12, 2016.  Order by Trustee

(3) Trustee's Motion to Dismiss Case For Failure to File a Feasible Chapter 13 Plan   (Doc #28):   Continued in open court to September 14, 2016 at 2:00 p.m.

(4) Debtor's Motion to Reschedule Confirmation Hearing   (Doc #31):   Denied.   Bench Order by Chambers

(DG)

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.