**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:                                                         CASE NO.: 6:16-bk-00188-KSJ
                                                                     CHAPTER 13

**Nadine Roundtree Trombacco Nadine**
**Roundtree Trombacco aka Nadine**
**Roundtree,**

   **Debtor.**
_____/

## OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

NATIONSTAR MORTGAGE LLC ("Secured Creditor"), by and through its undersigned counsel, objects to confirmation of Debtor's Chapter 13 Plan (DE #34), and states as follows:

1. Debtor, Nadine Roundtree Trombacco aka Nadine Roundtree ("Debtor"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on January 11, 2016.

2. Secured Creditor holds a security interest in the Debtor's real property located at 6000 Millstream Drive, Groveland, FL 34736 ("subject property"), by virtue of a Mortgage recorded on January 8, 2008 at Instrument number 2008002781 of the Public Records of Lake County, FL.  Said Mortgage secures a Note in the amount of $200,000.00.

3. The Debtor filed an Amended Chapter 13 Plan on July 11, 2016.

4. Secured Creditor filed a timely Proof of Claim in this case on April 28, 2016, Claim 7.

5. The Plan proposes to satisfy Secured Creditor's claim by paying $500 towards monthly payment based on cramdown to current market value with 2% interest.  Secured Creditor disputes this valuation.  Until a final determination on valuation occurs, it would be premature to consider confirming Debtor's Plan.

6. The Plan proposes to pay only 2%, which is inadequate to assure that property distributed to Secured Creditor under the plan will have a value, as of the effective date of the plan that is not less than the allowed amount of such claim.

7. In *Till v. SCS Credit Corp.*, 541 U.S. 465, 124 S.Ct. 1951(2004), the U.S. Supreme Court addressed the appropriate cram down interest rate under 11 U.S.C. § 1325(a)(5)(B)(ii). *Till* adopts the "formula approach," which looks to the national prime rate, as reported daily in the press, and adds and appropriate "risk adjustment." Although *Till* does not specify what the risk adjustment should be, it states that courts generally approve adjustments of 1-3%. Accordingly, Secured Creditor maintains that, lacking evidence to the contrary, a risk adjustment of 2% is reasonable.

8. The prime rate, as published in the Wall Street Journal, is currently 3.5%. Accordingly, Secured Creditor maintains the Court should not approve a cram down interest rate less than 5.5%.

**WHEREFORE**, Secured Creditor respectfully requests this Court sustain the objections stated herein and deny confirmation of Debtor's Plan, and for such other and further relief as the Court may deem just and proper.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 20, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

NADINE ROUNDTREE TROMBACCO
AKA NADINE ROUNDTREE
PO BOX 926
GROVELAND, FL  34736

LAURIE K WEATHERFORD
POST OFFICE BOX 3450
WINTER PARK, FL  32790

UNITED STATES TRUSTEE - ORL7/13, 7
OFFICE OF THE UNITED STATES TRUSTEE
GEORGE C YOUNG FEDERAL BUILDING
400 WEST WASHINGTON STREET, SUITE 1100
ORLANDO, FL  32801

        Robertson, Anschutz & Schneid, P.L.
        Attorney for Secured Creditor
        6409 Congress Ave., Suite 100
        Boca Raton, FL 33487
        Telephone: 561-241-6901
        Facsimile: 561-997-6909

        By: /s/Iris Kwon
        Iris Kwon, Esquire
        Florida Bar Number 0115140
        Email: Ikwon@rasflaw.com