UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
*Orlando Division*



**FILED**

AUG 12 2016

CLERK U.S. BANKRUPTCY,
ORLANDO DIVISION

In re:

NADINE ROUNDTREE TROMBACCO;
*Debtor / Petitioner*

Case No.  **6:16-bk-00188-KSJ**
Chapter:  13

_____/

## SECOND AMENDED CHAPTER 13 PLAN

**CHECK ONE:**

_____The Debtor certifies that the Plan does not deviate from the model plan adopted by the Court at the time of the filing of this case. Any nonconforming provisions are deemed stricken or subject to amendment.

__X__ The Plan contains provisions that are specific to this Plan in <u>Additional Provisions, paragraph 5 below.</u> Any nonconforming provisions not set forth in paragraph 5 are deemed stricken.

1. **MONTHLY PLAN PAYMENTS:**

Including Trustee's fee of 10% and beginning thirty (30) days from filing/conversion date. Debtor to pay to the Trustee for the period of 60 months. In the event the Trustee does not retain the full 10%, any portion not retained will be paid to unsecured creditors pro-rata under the plan:

**SEE ATTACHED**

A.    $_____ FOR MONTHS _____THROUGH _____
B.    $_____ FOR MONTHS _____THROUGH _____
C.    $_____ FOR MONTHS _____THROUGH _____

In order to pay the following creditors:

**PRIORITY CREDIT UNION**
301 E. MICHIGAN STREET
ORLANDO FL 32806

1

**NATIONSTAR MORTGAGE LLC**
*Iris Kwon, Esquire*
Florida Bar Number 0115140 - Email: Ikwon@rasflaw.com
ROBERTSON, ANSCHUTZ & SCHNEID, P.L. Attorney for NATIONSTAR MORTGAGE LLC,
6409 Congress Ave., Suite 100 Boca Raton, FL 33487  - Telephone: 561-241-6901
Facsimile:  561-997-6909

**BANK OF AMERICA, N.A.**
Ashley Prager Popowitz
McCalla Raymer, LLC
110 SE 6 St # 2400
Representing Bank of America, N.A.
Fort Lauderdale, FL 33301
754-263-1065          Email:  alp@mccallaraymer.com

Nicolette Loper, In-House Paralegal for
Scott Randolph, Tax Collector
**ORANGE COUNTY TAX COLLECTOR**
200 S. Orange Ave, Suite 1500
Orlando, FL 32801
Telephone: (407) 836-2772
Facsimile: (407) 836-0084    Email: nloper@octaxcol.com

2. **ADMISTRATIVE ATTORNEY FEES:**   $ __N/A__

   TOTAL PAID   $ __N/A__
   BALANCE DUE   $ __N/A__
   PAYABLE THROUGH PLAN    $ __N/A__   MONTHLY

3. **PRIORITY CLAIMS [as defined in 11 U.S.C. §507]:**

   **NAME OF CREDITOR:**                                         TOTAL CLAIM
       CAP ONE AS COLL ASSN
       RMCTL2013
       P O BOX 54426
       NEW ORLEANS, LA 70154                                     2461.73

       Nicolette Loper, In-House Paralegal for
       Scott Randolph, Tax Collector
       **ORANGE COUNTY TAX COLLECTOR**
       200 S. Orange Ave, Suite 1500
       Orlando, FL  32801
       Telephone: (407) 836-2772

2

**TRUSTEE FEES:**

Trustee shall receive a fee from each payment received, the percentage of which is fixed periodically by the United States Trustee.

**SECURED CLAIMS:**

**Pre-Confirmation Adequate Protection Payments**: No later than 30 days after the date of the filing of this Plan or the Order for Relief, whichever is earlier, the Debtor shall make the following adequate protection payments to creditors pursuant to §1326(a)(1)(C). If the Debtor makes such adequate protection payments on allowed claims to the Trustee pending confirmation of the Plan, the creditor shall have an administrative lien on such payment(s), subject to objection.

(A) Claims Secured by Real Property Which Debtor Intends to Retain/ Mortgage Payments Paid through the Plan: Debtor will pay, in addition to all other sums due under the proposed Plan, all regular monthly post-petition mortgage payments to the Trustee as part of the plan. These regular monthly mortgage payments, which may be adjusted up or down as provided for under the loan documents, are due beginning the first due date after the case is filed and continuing each month thereafter. The Trustee shall pay the post-petition mortgage payments on the following mortgage claims

NAME-CREDITOR                COLLATERAL                ESTIMATED PAYMENT

(B) Claims Secured by Real Property Which Debtor Intend(s) to Retain / Arrearages Paid through the Plan: In addition to the provisions in Paragraph A above requiring all post-petition mortgage payments to be paid to the Trustee as part of the Plan, the Trustee shall pay the pre-petition arrearages on the following mortgage claims

(C) Claims Secured by Real Property/Debtor Intends to Seek Mortgage Modification: Pending the resolution of a mortgage modification request, the Debtor shall make the following adequate protection payments to the Trustee, calculated at 31% of the Debtor's gross monthly income. Absent further order of this Court, the automatic stay shall terminate effective 6 months after the filing of the Debtor's bankruptcy petition

(D) Claims Secured by Personal Property to Which Section 506 Valuation is NOT Applicable Secured Balances: Upon confirmation of the Plan, the interest rate shown below or as modified will be binding unless a timely written objection to confirmation is filed and sustained by the Court. Payments distributed by the Trustee are subject to the availability of funds

**NAME-CREDITOR**:

PRIORITY CREDIT UNION
ADDRESS: 301 E MICHIGAN STREET
ORLANDO FL 32806

**COLLATERAL**: AUTO
ADEQUATE PROTECTION PMT. IN PLAN: see attached

3

(E) Claims Secured by Personal Property to Which Section 506 Valuation is Applicable

### NAME-CREDITOR:

**PRIORITY CREDIT UNION**
301 E MICHIGAN STREET
ORLANDO FL 32806

**COLLATERAL:** AUTO
ADEQUATE PROTECTION PMT. IN PLAN: See attached

(F) Claims secured by Personal Property: Regular Adequate Protection Payments and any Arrearages Paid in Plan

### NAME-CREDITOR:

**PRIORITY CREDIT UNION**
301 E MICHIGAN STREET
ORLANDO FL 32806

**COLLATERAL:** AUTO
ADEQUATE PROTECTION PMT. IN PLAN: See attached

(G) Secured Claims/Lease Claims Paid Direct by the Debtor: The following secured claims/lease claims are to be paid direct to the creditor or lessor by the Debtor outside the Plan. The automatic stay is terminated in rem as to these creditors and lessors upon the filing of this Plan. Nothing herein is intended to terminate any co-debtor stay or to abrogate the Debtor's state law contract rights. The Plan must provide for the assumption of lease claims in the Lease/Executory Contract section below.

NAME OF CREDITOR                                    PROPERTY/COLLATERAL

(H) Surrender of Collateral/Leased Property: Debtor will surrender the following collateral/leased property no later than thirty (30) days from the filing of the petition unless specified otherwise in the Plan. The automatic stay is terminated in rem as to these creditors/lessors upon the filing of this Plan. Nothing herein is intended to lift any applicable co-debtor stay or to abrogate Debtor's state law contract rights. The Plan must provide for the rejection of lease claims in the Lease/Executory Contract section below

NAME OF CREDITOR            PROPERTY / COLLATERAL TO BE SURRENDERED

**SECURED – LIENS TO BE AVOIDED / STRIPPED**

**LEASES/EXECUTORY CONTRACTS:**

General unsecured creditors with allowed claims shall receive a pro rata share of the balance of any funds remaining after payments to the above referenced creditors or shall otherwise be paid pursuant to the provisions of a subsequent Order Confirming Plan. The estimated dividend to unsecured creditors is $ __0__ .

**ADDITIONAL PROVISIONS:**

1. Secured creditors, whether or not dealt with under the Plan, shall retain the liens securing such claims to the extent the debt is secured by said collateral otherwise, the lien does not secure debt that exceeds the value of the collateral as of date of petition.

2. Payments made to any creditor shall be based upon the amount set forth in the creditor's proof of claim adjusted to current market value or other amount as may be allowed by a specific Order of the Bankruptcy Court.

3. Property of the estate (check one)*

    (a) _____X_____ shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise; or

    (b) _____ shall vest in the Debtor upon confirmation of the Plan.

    *If the Debtor fails to check (a) or (b) above, or if the Debtor checks both (a) and (b), property of the estate shall not vest in the Debtor until the earlier of the Debtor's discharge or dismissal of this case, unless the Court orders otherwise.

4. The amounts listed for claims in this Plan are based upon Debtor's best estimate and belief. The Trustee shall only make payment to creditors with filed and allowed proof of claims. An allowed proof of claim will be controlling, unless the Court orders otherwise.

5. Case Specific Provisions: SEE ATTACHED

Dated:  August 12, 2016

*/s/ Nadine Roundtree Trombacco*
NADINE ROUNDTREE TROMBACCO

| \ | \ | \ | \ | \ | \ |
|---|---|---|---|---|---|
| CLAIMS | | | | | |
| CLAIM 1 | PRIORITY | $ 4,465.07 | AUTO LOAN | TERM | PAYMENT |
| CLAIM 7 | NATIONSTAR MORTGAGE LLC | 177,111.32 | MORTGAGE | 60 | 74.41783333<br>--------<br>**$500 towards monthly payment based on cramdown to current market value with 2% interest. The arrearage as of Date of the petition is part of the cramdown.** |
| CLAIM 8 | BANK OF AMERICA, N.A. | 48,106.48 | MORTGAGE | 60 | **$300 per month based on cramdown to current market value with 2% interest. Alleged arrears in the amount of $19,648.50 are objected to as it is usurious improper debt collection that Debtor will be pursuing in adversary proceedings.** |
| CLAIM 13 | Orange County Tax Collector CAP ONE AS COLL ASSN RMCTL2013 PO BOX 54426 NEW ORLEANS, LA 70154 | 2,461.73 | PROPERTY TAXES | 60 | 41.02883333 |

## CERTIFICATE OF SERVICE

I, the undersigned, herby certify that a true and correct copy of the foregoing instrument has been furnished by U.S. Mail to the parties on the service list below on this date August 12, 2016.

*[signature]*
NADINE ROUNDTREE TROMBACCO

**SERVICE LIST**:

**Laurie K. Weatherford**, *Trustee*
Post Office Box 3450
Winter Park, FL 32790

**UNITED STATES TRUSTEE**
Office of the United States Trustee
George C. Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

**PRIORITY CREDIT UNION**
301 E MICHIGAN STREET
ORLANDO FL 32806

**ROBERTSON, ANSCHUTZ & SCHNEID, P.L.**
Iris Kwon, Esquire
Attorney for NATIONSTAR MORTGAGE LLC
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909

**McCALLA RAYMER, LLC**
Ashley Prager Popowitz
Attorney for Bank of America, N.A.
110 S.E. 6th Street, Suite 2400
Ft. Lauderdale, FL 33301
Phone (754) 263-1065
Fax: (754) 263-1065

Scott Randolph, Tax Collector
**ORANGE COUNTY TAX COLLECTOR**
Nicolette Loper, In House Paralegal
200 S. Orange Ave, Suite 1500
Orlando, FL 32801
Telephone: (407) 836-2772
Facsimile: (407) 836-0084