UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

NADINE ROUNDTREE TROMBACCO,

Case No. 6:16-bk-00188-KSJ

Debtors.

**TRUSTEE'S MOTION TO STRIKE AMENDED CHAPTER 13 PLAN**

A preliminary hearing in this case will be held on **September 14, 2016 at 2:00 PM** in Courtroom 6A, United States Bankruptcy Court, George C. Young Courthouse, 400 W. Washington Street, 6th Floor, Orlando, FL  32801, and act upon the following matter and transact such other business that may come before the court:

**Motion to Strike Amended Chapter 13 Plan**

1. The hearing may be continued upon announcement made in open Court without further notice.

2. Appropriate Attire. You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

Avoid delays at Courthouse security checkpoints. You are reminded that Local Rule 5073-1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge.

COMES NOW, Laurie K. Weatherford, the Chapter 13 Trustee, and files this Motion to Strike the Chapter 13 plan, and states the following:

1. This amended Chapter 13 Plan was filed on August 12, 2016.

2. The amended Chapter 13 Plan deviates from the model plan adopted by the Court at the time of filing of this plan.

3. The amended Chapter 13 Plan still does not provide a plan payment to the Trustee.

WHEREFORE, the Trustee moves this Court to enter an order striking the plan and directing the debtor to file a proper plan and for such other relief as may be deemed appropriate.

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by United States Mail, first class postage prepaid and/or by Electronic Notification, on August 18, 2016 to the debtor(s) at the address listed on the official court docket.

/s/ Laurie K. Weatherford
Laurie K. Weatherford, Trustee
Stuart Ferderer, Esq.
Fla. Bar No. 0746967
Wayne Spivak, Esq.
Fla. Bar No. 0038191
Post Office Box 3450
Winter Park, Florida 32790-3450
Telephone: (407) 648-8841
Facsimile: (407) 648-2665