UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:  CASE NO.: 6:16-bk-00188-KSJ
CHAPTER 13

**Nadine Roundtree Trombacco**

   **Debtor.**

_____/

**RESPONSE TO DEBTOR'S OBJECTION TO CLAIM NO. 7-1
OF NATIONSTAR MORTGAGE, LLC (DOC. NO. 43)**

COMES NOW, NATIONSTAR MORTGAGE LLC ("Secured Creditor"), by and through its undersigned counsel, and files its Response to Debtor's Objection to Claim No. 7-1 of Nationstar Mortgage, LLC (DE #43), and in support thereof, states as follows:

1. Debtor, Nadine Roundtree Trombacco ("Debtor"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on January 11, 2016.

2. Secured Creditor holds a security interest in the Debtor's real property located at 6000 Millstream Drive, Groveland, FL 34736 ("subject property"), by virtue of a Mortgage recorded on January 8, 2008 at Instrument number 2008002781 of the Public Records of Lake County, FL. Said Mortgage secures a Note in the amount of $200,000.00.

3. On April 28, 2016, Secured Creditor filed its timely Proof of Claim pursuant to Rule 3003(c)(3), Federal Rules of Bankruptcy Procedure, (Claim No. 7-1) which evidenced, among other things, a total secured claim amount of $177,111.32.

4. Debtor's Objection to Claim seeks to dispute the standing of Secured Creditor to bring forth the Objection to Claim. However, Secured Creditor did include all properly

perfected documentation in support of its claim, which were properly affixed as attachments to Claim 7-1.

5. Debtor also alleges that the Lake County Public Records indicates there is a recorded Satisfaction of Mortgage, however, a cursory review of the public records shows nothing of record indicating that is accurate.  See attached Composite Exhibit "A", which indicates that the only Satisfaction of Mortgages on Record for Debtor in Lake County were from 2008, immediately after the purchase and execution of Secured Creditor's subject mortgage.

6. Pursuant to Rule 3001, Federal Rules of Bankruptcy Procedure, a proof of claim executed and filed in accordance with Rule 3001 shall constitute prima facie evidence of the validity and amount of the claim.

7. Secured Creditor asserts that the Proof of Claim filed (7-1) is an accurate reflection of the loan as of the date of the filing of Debtor's bankruptcy.

8. Secured Creditor therefor requests that this Court allow the claim to remain as filed.

9. Secured Creditor reserves the right to amend its response prior to the hearing on this matter.

**WHEREFORE,** Secured Creditor respectfully requests entry of an Order Denying Debtor's Objection to Proof of Claim 7-1, allowing Claim 7-1 in its entirety and granting any and for such other and further relief as the Court may deem just and property.

     **I HEREBY CERTIFY** that a true copy of the foregoing has been served via electronic transmission (CM/ECF) and/or United States first class mail postage prepaid to the Attached Mailing List this 19th day of August, 2016.

                                                ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
                                                Attorney for Secured Creditor
                                                6409 Congress Ave., Suite 100
                                                Boca Raton, FL 33487
                                                Telephone: 561-241-6901
                                                Facsimile: 561-241-1969

                                                By: \s\ Christopher P. Salamone
                                                Christopher P. Salamone, Esquire
                                                Florida Bar No. 75951
                                                Communication Email: csalamone@rasflaw.com

Mailing List

NADINE ROUNDTREE TROMBACCO
AKA NADINE ROUNDTREE
PO BOX 926
GROVELAND, FL  34736

LAURIE K WEATHERFORD
POST OFFICE BOX 3450
WINTER PARK, FL  32790

UNITED STATES TRUSTEE - ORL7/13, 7
OFFICE OF THE UNITED STATES TRUSTEE
GEORGE C YOUNG FEDERAL BUILDING
400 WEST WASHINGTON STREET, SUITE 1100
ORLANDO, FL  32801

                                                By: \s\ Christopher P. Salamone
                                                Christopher P. Salamone, Esquire
                                                Florida Bar No. 75951
                                                Communication Email: csalamone@rasflaw.com

**Released through date: 08/15/2016 | Released through Instrument Number: 2016085027 | As of 8/16/2016 2:19:44 PM**

**Search Criteria NametrombaccoShow NamesBoth Name Matching ModeStartsWith From Record Date10/11/1884 To Record Date8/16/2016Doc Type Book TypeAll**

| View | U | Party Type | Name | Cross Party Name | Record Date | Doc Type | Book Type | Book/Page | Instrument # | Doc Legal | Case Number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | To | TROMBACCO NADINE | PALMETTO SURETY CORPORATION | 04/02/2015 | BND | O | 4606/252 | 2015035044 | | |
| | | To | TROMBACCO NADINE R | NORTH RIVER INSURANCE COMPANY | 03/26/2015 | POA | O | 4602/902 | 2015031531 | | |
| | | From | TROMBACCO NADINE | NATIONSTAR MORTGAGE LLC | 07/22/2013 | ASG | O | 4354/1974 | 2013081709 | | |
| | | To | TROMBACCO NADINE R | NORTH RIVER INSURANCE COMPANY | 03/20/2013 | POA | O | 4295/1477 | 2013030908 | | |
| | | To | TROMBACCO NADINE R | NORTH RIVER INSURANCE COMPANY | 04/05/2012 | POA | O | 4145/2007 | 2012035747 | | |
| | | From | TROMBACCO NADINE R | OCWEN LOAN SERVICING | 01/22/2008 | ASG | O | 3572/44 | 2008008724 | | |
| 🔍 | | To | TROMBACCO NADINE R | OCWEN LOAN SERVICING | 01/22/2008 | SAT | O | 3572/46 | 2008008725 | | |
| 🔍 | | To | TROMBACCO NADINE R | WELLS FARGO BANK | 01/15/2008 | SAT | O | 3569/59 | 2008005966 | | |
| | | From | TROMBACCO NADINE | TROMBACCO NADINE | 01/08/2008 | D | O | 3565/701 | 2008002780 | PT TRS 63, 64 GROVELAND FARMS | |
| | | To | TROMBACCO NADINE | TROMBACCO NADINE | 01/08/2008 | D | O | 3565/701 | 2008002780 | PT TRS 63, 64 GROVELAND FARMS | |
| | | From | TROMBACCO NADINE | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC | 01/08/2008 | MTG | O | 3565/702 | 2008002781 | PT TRS 63, 64 GROVELAND FARMS | |
| | | To | TROMBACCO NADINE | ASSET ACCEPTANCE | 04/13/2004 | CP | O | 2546/389 | 2004048127 | | 2003 SC 3482 |
| | | To | TROMBACCO NADINE | ASSET ACCEPTANCE | 01/12/2004 | ORD | O | 2486/1528 | 2004004258 | | 2003 SC 3482 |
| | | From | TROMBACCO NADINE R | FIRST TRUST OF NEW YORK (TR) | 12/23/1996 | ASG | O | 1485/668 | 96082701 | OR 1447 PG 1720 | |
| | | From | TROMBACCO NADINE R | | 11/14/1996 | NOC | O | 1477/711 | 96074299 | TR 63N PT TR 64 GROVELAND FARMS | |
| | | From | TROMBACCO NADINE R | NORWEST MTG INC | 10/10/1996 | ASG | O | 1470/693 | 96066693 | OR 1422 PG 1728 | |
| | | From | TROMBACCO NADINE R | MEGO MTG CORP | 06/28/1996 | ASG | O | 1447/1725 | 96042402 | OR 1447 PG 1720 | |
| | | From | TROMBACCO NADINE R | NEWPORT SHORES FINANCIAL INC | 06/28/1996 | MTG | O | 1447/1720 | 96042401 | PT TRS 63,64 GROVELAND FARMS | |
| | | From | TROMBACCO NADINE R | | 01/17/1996 | NOC | O | 1410/1383 | 96003024 | 1-22=24 | |

```
CFN    2008008725
Bk 03572 Pgs 0046 - 47; (2pgs)
DATE: 01/22/2008  02:51:46 PM
NEIL KELLY, CLERK OF COURT
LAKE COUNTY
RECORDING FEES 18.50
```

Loan Number: 88639620

/s/ MK

Prepared by: MUTHU KUMAR
OCWEN LOAN SERVICING, LLC
1661 Worthington Road, Suite 100
West Palm Beach, Florida 33409
Investor # 448

# RECORD 2nd

## FLORIDA
## FULL SATISFACTION & RELEASE OF COLLATERAL

**Know All Men By These Presents,**

That **OCWEN LOAN SERVICING, LLC.**, a limited liability company, holder of a certain mortgage given by NADINE R. TROMBACCO AND DOUGLAS J. TROMBACCO to NEWPORT SHORES FINANCIAL, INC. bearing the date JUNE 7, 1996, recorded in Official Records Book 1447 at Page 1720 as Instrument number 96 42401 on JUNE 28, 1996 in the office of the Clerk of the Circuit Court of LAKE County, State of **Florida**; given to secure the sum of $ 25,000.00 Dollars, evidenced by that certain note upon the following described property, situate, lying and being in LAKE County, State of **Florida**, to wit:

~~AP#:~~ _____

PROPERTY ADDRESS: 6000 MILLSTREAM DRIVE, GROVELAND, FL

~~SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF~~

has received **FULL** payment of said indebtedness, and does hereby acknowledge **RELEASE** of collateral of said original mortgage, and hereby directs the Clerk of the said Circuit Court to release the same of record.

**When Recorded Mail To:**
Financial Dimensions, Inc.
1400 Lebanon Church Road
Pittsburgh, PA 15236

ST2370

1

```
CFN   2008005966
Bk 03569 Pg 0059; (1ps)
DATE: 01/15/2008  11:42:25 AM
NEIL KELLY, CLERK OF COURT
LAKE COUNTY
RECORDING FEES 10.00
INDEXING FEES 3.00
```

Recording Requested By:
WELLS FARGO HOME MORTGAGE

When Recorded Return To:

WELLS FARGO HOME MORTGAGE
MAC X9400-L1C
11200 W PARKLAND AVE
MILWAUKEE, WI 53224
P.O. Box 245018

### RELEASE OF MORTGAGE

WFHM - CLIENT 685 #:5180400 "TROMBACCO"  Lender ID:631501/1664250062  Lake, Florida
KNOW ALL MEN BY THESE PRESENTS that Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Mortgage, Inc. f/k/a Norwest Mortgage, Inc. whose address is 11200 W PARKLAND AVE, MILWAUKEE, WI 53224 holder of a certain Mortgage, whose parties, dates and recording information are below, does hereby acknowledge that it has received full payment and satisfaction of the same, and in consideration thereof, does hereby cancel and discharge said Mortgage.

Original Mortgagor: NADINE R. TROMBACCO F/K/A NADINE ROUNDTREE AND DOUGLAS J. TROMBACCO, WIFE AND HUSBAND
Original Mortgagee: AMERICAN HERITAGE MORTGAGE CORP.
Dated: 02/22/1996 Recorded: 03/13/1996 in Book/Reel/Liber: 1422 Page/Folio: 1728 as Instrument No.: 93 16373 in the County of Lake State of Florida

Property Address: 6000 MILLSTREAM ROAD, GROVELAND, FL 34736

IN WITNESS WHEREOF, Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Mortgage, Inc. f/k/a Norwest Mortgage, Inc. by the officers duly authorized, has duly executed the foregoing instrument.

Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Mortgage, Inc. f/k/a Norwest Mortgage, Inc.
On January 8th, 2008

By: _____
Brad Thompson, Vice President Loan Documentation

WITNESS
~~Vincenza Doyne~~ Kathleen Kretzer

WITNESS
Rukiyabai Keval

STATE OF Wisconsin
COUNTY OF Milwaukee

On January 8th, 2008, before me, a Notary Public in and for Milwaukee County in the State of Wisconsin, personally appeared Brad Thompson, Vice President Loan Documentation, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

Mario Fisher
MARIO FISHER
Notary Expires: 01/23/2011

| MARIO FISHER |
| NOTARY PUBLIC STATE OF WISCONSIN |

(This area for notarial seal)

**Prepared By:** Kathleen Kretzer, WELLS FARGO HOME MORTGAGE X9400-L1C, 11200 W PARKLAND AVE, MILWAUKEE, WI 53224 800-262-5294

*K*K*K*KWFMC*01/08/2008 01:13:30 PM* WFMC01FNLS00000000000000002505332* FLLAKE* 5180400 FLSTATE_MORT_REL **K*KWFMC*