UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.:6:16-bk-00188-KSJ
CHAPTER 13

IN RE:
Nadine Roundtree Trombacco

Debtor(s).
_____/

### RESPONSE TO DEBTOR'S OBJECTION TO PROOF OF CLAIM NO. 8-1 OF BANK OF AMERICA, N.A.

COMES NOW, Bank of America, N.A. (hereinafter "Creditor") a Secured Creditor in above-styled cause, and files this Response to Debtor's Objection to Proof of Claim No. 8-1 of Bank of America, N.A. (Doc 40) and states as follows:

1. Creditor timely filed its Proof of Claim (Claim 8-1) on May 5, 2016 with a total claim in the amount of $48,106.48 and with arrearages in the amount of $19,648.50.

2. On August 12, 2016 Debtor filed an Objection to Proof of Claim No. 8-1 of Bank of America (Doc 40) (hereinafter "Objection").

3. The Objection alleges that Creditor lacks standing. However, affixed as attachments to the Proof of Claim are the Note, Mortgage and Assignment of Mortgage. As such, Creditor's Proof of Claim was accompanied by evidence that Creditor's security interest has been perfected.

4. The Objection further alleges that a satisfaction of mortgage has been recorded. However, based on a review of the public records of Orange County, Florida no such satisfaction has been recorded in Orange County, Florida.

5. Creditor's Proof of Claim has been filed in accordance with Rule 3001, Federal Rules of Bankruptcy Procedure.

6. Debtor has not shown any inaccuracies in the claim.

7. Accordingly, the Proof of Claim is prima facie evidence of the validity of the claim and the Proof of Claim is therefore valid.

8. Creditor reserves the right to file a supplemental response and to raise additional arguments at any hearing on the Debtor's Objection.

WHEREFORE, Bank of America, N.A. respectfully requests that Debtor's Objection to Proof of Claim No. 8-1 of Bank of America, N.A. be overruled, and for such other and further relief as the Court may deem just and proper.

Gilbert Garcia Group P.A.
Attorney for Creditor
2313 W. Violet Street
Tampa, Florida 33603
bankruptcy@gilbertgrouplaw.com
Telephone No.: (813) 443-5087
Facsimile No.: (813) 443-5089

By: /s/ Amy M. Kiser
Amy M. Kiser, ESQ.
Florida Bar# 46196

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished on August 22, 2016 by CM/ECF or by regular U.S. Mail to:

Nadine Roundtree Trombacco
PO Box 926
Groveland, FL 34736

Trustee
Laurie K Weatherford
Post Office Box 3450
Winter Park, FL 32790

United States Trustee - ORL7/13, 7
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801

Gilbert Garcia Group P.A.
Attorney for Secured Creditor
2313 W. Violet Street
Tampa, Florida 33603
bankruptcy@gilbertgrouplaw.com
Telephone No.: (813) 443-5087
Facsimile No.: (813) 4435089

By:/s/Amy M. Kiser
Michelle Garcia Gilbert, Esq.
Florida Bar# 549452
Amy M. Kiser, ESQ.
Florida Bar# 46196