**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CASE NO.:6:16-bk-00188-KSJ
CHAPTER 13

IN RE:
Nadine Roundtree Trombacco

        Debtor(s).
_____/

## OBJECTION TO DEBTOR'S MOTION TO ALLOW MEDIATION/ MODIFICATION AND TO DISALLOW USURIOUS INTEREST

COMES NOW, Bank of America, N.A. (hereinafter "Creditor") a Secured Creditor in above-styled cause, and files this Objection to the Debtor's Motion to Allow Mediation/ Modification and to Disallow Usurious Interest (Doc 41) and states as follows:

1. Creditor has a security interest in real property located at 7706 Ferrara Avenue, Orlando, Florida 32819.

2. Creditor timely filed its Proof of Claim (Claim 8-1) on May 5, 2016 with a total claim in the amount of $48,106.48 and with arrearages in the amount of $19,648.50.

3. On August 12, 2016 Debtor filed Motion to Allow Mediation/ Modification and to Disallow Usurious Interest (Doc 41) (hereinafter "Motion").

4. The Motion alleges that Creditor's Proof of Claim asserts usurious interest. The interest rate on Creditor's Proof of Claim is 3%. Pursuant to Florida Statutes § 687.02 usurious interest is an interest rate higher than 18%. The interest rate on Creditor's claim is well below 18% and hence is not usurious.

5. The Motion appears to also request mediation. However, the Motion does not comply with the requirements set forth in the the Administrative Order Prescribing Procedures for Mortgage Modification Mediation.

WHEREFORE, Bank of America, N.A. respectfully requests that Debtor's Motion to Allow Mediation. Modification and to Disallow Usurious Interest be denied, and for such other and further relief as the Court may deem just and proper.

> Gilbert Garcia Group P.A.
> Attorney for Creditor
> 2313 W. Violet Street
> Tampa, Florida 33603
> bankruptcy@gilbertgrouplaw.com
> Telephone No.: (813) 443-5087
> Facsimile No.: (813) 443-5089
>
> By: /s/ Amy M. Kiser
> Amy M. Kiser, ESQ.
> Florida Bar# 46196

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished on August 22, 2016 by CM/ECF or by regular U.S. Mail to:

Nadine Roundtree Trombacco
PO Box 926
Groveland, FL 34736

Trustee
Laurie K Weatherford
Post Office Box 3450
Winter Park, FL 32790

United States Trustee - ORL7/13, 7
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801

Gilbert Garcia Group P.A.
Attorney for Secured Creditor
2313 W. Violet Street
Tampa, Florida  33603
bankruptcy@gilbertgrouplaw.com
Telephone No.: (813) 443-5087
Facsimile No.: (813) 4435089

By:/s/Amy M. Kiser
Michelle Garcia Gilbert, Esq.
Florida Bar# 549452
Amy M. Kiser, ESQ.
Florida Bar# 46196