**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:                                                     CASE NO.: 6:16-bk-00188-KSJ
                                                               CHAPTER 13

**Nadine Roundtree Trombacco**

     **Debtor.**

_____/

**RESPONSE TO DEBTOR'S MOTION TO ALLOW MEDIATION/MODIFICATION**
**AND TO DISALLOW USURIOUS INTEREST**

     COMES NOW, NATIONSTAR MORTGAGE LLC ("Secured Creditor"), by and through its undersigned counsel, and files its Response to Debtor's Motion to Allow Mediation/Modification and to Disallow Usurious Interest (DE #42), and in support thereof, states as follows:

1. Debtor, Nadine Roundtree Trombacco ("Debtor"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on January 11, 2016.

2. Secured Creditor holds a security interest in the Debtor's real property located at 6000 Millstream Drive, Groveland, FL 34736 ("subject property"), by virtue of a Mortgage recorded on January 8, 2008 at Instrument number 2008002781 of the Public Records of Lake County, FL. Said Mortgage secures a Note in the amount of $200,000.00.

3. On April 28, 2016, Secured Creditor filed its timely Proof of Claim pursuant to Rule 3003(c)(3), Federal Rules of Bankruptcy Procedure, (Claim No. 7-1) which evidenced, among other things, a total secured claim amount of $177,111.32.

4. On August 12, 2016, Debtor filed a Motion to Allow Mediation/Modification and to Disallow Usurious Interest (DE#42).

5. Debtor alleges that the claim of Secured Creditor includes a usurious interest. However, the interest rate on Secured Creditor's Proof of Claim is 6.375%, well below the 18% usurious interest rate threshold set by Florida Statutes § 687.02.

6. Debtor also requests mediation via her motion. However, if the Debtor wishes to seek mediation, she will need to comply with the requirements of the Mortgage Modification Mediation program as set forth in Administrative Order FLMB-2015-7.

**WHEREFORE,** Secured Creditor respectfully requests Debtor's Motion to Allow Mediation/Modification and to Disallow Usurious Interest be denied and for such other and further relief as the Court may deem just and proper.

**I HEREBY CERTIFY** that a true copy of the foregoing has been served via electronic transmission (CM/ECF) and/or United States first class mail postage prepaid to the Attached Mailing List this 23rd day of August, 2016.

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
Attorney for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-241-1969

By: \s\ Christopher P. Salamone
Christopher P. Salamone, Esquire
Florida Bar No. 75951
Communication Email: csalamone@rasflaw.com

Mailing List

NADINE ROUNDTREE TROMBACCO
AKA NADINE ROUNDTREE
PO BOX 926
GROVELAND, FL  34736

LAURIE K WEATHERFORD
POST OFFICE BOX 3450
WINTER PARK, FL  32790

UNITED STATES TRUSTEE - ORL7/13, 7
OFFICE OF THE UNITED STATES TRUSTEE
GEORGE C YOUNG FEDERAL BUILDING
400 WEST WASHINGTON STREET, SUITE 1100
ORLANDO, FL  32801

                                                        By: \s\ Christopher P. Salamone
                                                        Christopher P. Salamone, Esquire
                                                        Florida Bar No. 75951
                                                        Communication Email: csalamone@rasflaw.com