UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.:6:16-bk-00188-KSJ
CHAPTER 13

IN RE:
Nadine Roundtree Trombacco

Debtor(s).
_____/

## OBJECTION TO CONFIRMATION OF AMENDED CHAPTER 13 PLAN
### (7706 Ferrara Avenue, Orlando, Florida 32819)

Bank of America, N.A. (hereinafter "Creditor"), by and through its undersigned attorney, and pursuant to 11 U.S.C. §1325, files this Objection to Confirmation of Debtor's Amended Chapter 13 Plan and hereby states as follows:

1. Creditor has a security interest in real property located at: 7706 Ferrara Avenue, Orlando, Florida 32819. Said claim is based on a Mortgage executed by Debtor, Douglas J. Trombacco, and Raquel D. Spatcher on February 12, 1997 and recorded in Official Records Book 5204, at Page 1076, of the Public Records of Orange County, Florida. Said Mortgage secures a Note in the amount of $51,943.00.

2. The Property is owned by Debtor, Debtor's non-filing spouse, Douglas J. Trombacco, and Raquel Spatcher.

3. Creditor filed its Proof of Claim on May 5, 2015 (Claim 8-1) with a total secured claim in the amount of $48,106.48 and arrears in the amount of $19,648.50.

4. The Debtor filed an Amended Chapter 13 Plan (the "Plan") on August 12, 2016.

5. Creditor objects to the Plan in that the Plan fails to provide for full repayment of the Creditor's mortgage arrears and regular monthly mortgage payments.

6. The Plan appears to propose that the Debtor intends to value the Property at market value with monthly payments in the amount of $300.00 at 2% interest for 60 months.

7. The Debtor has provided no proposed value. The Debtor's schedules list the value at $63,000.00, which is higher than Creditor's total claim.

8. Creditor's claim is fully secured. Debtor has not shown sufficient evidence in support of the allegation of value. Additionally, Creditor's secured claim is being valued in the Plan without first obtaining from the Court, whether by Motion or Adversary Proceeding, a determination as to the value or validity of Creditor's claim.

9. Creditor is conducting further value research and will arrange for an interior inspection and appraisal of the property if necessary.

10. Additionally, based on the Orange County Property Appraiser Records the Property appears to be the homestead property of the Debtor and as such may be the principal residence of the Debtor. Pursuant to the anti-modification provisions in 11 U.S.C. §1322, claims secured only by real property constituting the principal residence of the Debtor cannot be modified. Prior to any determination of value, Creditor is entitled to conduct discovery regarding the status of the property.

11. Further, Creditor objects to an interest rate of 2.00%. It is unreasonable, not supported by market conditions and fails to comply with the requirements under *Till v. SCS Creditor Corporation,* 541 U.S. 464 (2004).

12. Creditor further objects in that there are non-filing co-owners and co-debtors and as such the claim cannot be valued.

13. Creditor has not accepted the plan.

WHEREFORE, Creditor requests that the Court deny confirmation of the Amended Chapter 13 Plan and award fees and costs for the bringing of this Objection, together with such other relief as this Court deems just and proper.

        Gilbert Garcia Group P.A.
        Attorney for Creditor
        2313 W. Violet Street
        Tampa, Florida  33603
        bankruptcy@gilbertgrouplaw.com
        Telephone No.:  (813) 443-5087
        Facsimile No.: (813) 443-5089

        <u>By:/s/ Amy M. Kiser</u>
        Michelle Garcia Gilbert, Esq.
        Florida Bar# 549452
        Amy M. Kiser, ESQ.
        Florida Bar# 46196

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished on August 24, 2016 by CM/ECF or by regular U.S. Mail to:

Nadine Roundtree Trombacco
PO Box 926
Groveland, FL 34736

Trustee
Laurie K Weatherford
Post Office Box 3450
Winter Park, FL 32790

United States Trustee - ORL7/13, 7
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801

 

Gilbert Garcia Group P.A.
Attorney for Secured Creditor
2313 W. Violet Street
Tampa, Florida 33603
bankruptcy@gilbertgrouplaw.com
Telephone No.: (813) 443-5087
Facsimile No.: (813) 4435089

By:/s/Amy M. Kiser
Michelle Garcia Gilbert, Esq.
Florida Bar# 549452
Amy M. Kiser, ESQ.
Florida Bar# 46196