

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

10/18/2016 10:15 AM

COURTROOM   6A, 6th Floor

## HONORABLE KAREN JENNEMANN

CASE NUMBER:                                      FILING DATE:

**6:16-bk-00188-KSJ**          **13**          **01/11/2016**

**Chapter 13**

**DEBTOR:**        Nadine Trombacco

**DEBTOR ATTY:  NA**

**TRUSTEE:        Laurie Weatherford**

**HEARING:**

(1) Confirmation Hearing
Amended Chapter 13 Plan (Doc #44)
Objection to Confirmation of Amended Plan by Bank of America (Doc #54)
Response by Debtor to Objection to Confirmation of Bank of America (Doc #55)
Objection to Confirmation by Nationstar Mortgage (Doc #39)
(2) Trustee's Motion to Dismiss Case For Failure to File a Feasible Chapter 13 Plan (Doc #28)
(3) Debtor's Objection to Claim No. 7-1 of Nationstar Mortgage, LLC (Doc #43)
Response by Nationstar Mortgage, LLC (Doc #50)
(4) Debtor's Objection to Claim No. 8-1 of Bank of America (Doc #40)
Response by Bank of America (Doc #51)
Response by Debtor to Response by Bank of America to Objection to Claim (Doc #58)
~(5) Debtor's Motion to Allow Mediation/Modification and to Disallow Usurious Interest (Doc #41)
Objection by Bank of America (Doc #52)
Response by Debtor to Objection to Mtoion to Allow Mediation (Doc #57)
(6) Trustee's Motion to Strike Amended Plan (Doc #49)
Objection by Debtor to Motion to Strike (Doc #56)
(7) Motion by Debtor to Allow Mediation/Modification and to Disallow Usurious Interest re: Nationstar
Mortgage, LLC (Doc #42)
Response by Nationstar to Motion to Disallow Usurious Interest (Doc #53)
Note:   Cont'd from 7/12/16; 9/14/16
.

**APPEARANCES::**
Laurie Weatherford: Trustee
Nadine Tromabacco: D'or

Lorne Durket: Bank of America Atty
Philip Bonus: Nationstar Atty

**RULING:**

(1) Confirmation Hearing - Amended Chapter 13 Plan    (Doc #44) - Confirmed as discussed in open court: Order by Trustee;

(2) Trustee's Motion to Dismiss Case For Failure to File a Feasible Chapter 13 Plan    (Doc #28) - Denied: Order by Trustee;

(3) Debtor's Objection to Claim No. 7-1 of Nationstar Mortgage, LLC    (Doc #43) - Overruled: Order by Trustee;

(4) Debtor's Objection to Claim No. 8-1 of Bank of America    (Doc #40) - Overruled: Order by Trustee;

(5) Debtor's Motion to Allow Mediation/Modification and to Disallow Usurious Interest    (Doc #41) - Denied without prejudice: Order by Trustee;

(6) Trustee's Motion to Strike Amended Plan    (Doc #49) - Granted: Order by Trustee;

(7) Motion by Debtor to Allow Mediation/Modification and to Disallow Usurious Interest re: Nationstar Mortgage, LLC    (Doc #42) - Denied: Order by Trustee;

 (Pro by LL)
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.