UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:   Nadine Roundtree Trombacco                    Case No. 6:16-BK-00188-KSJ
         Debtor,

## NOTICE OF INCREASE IN PLAN PAYMENTS
*This notice supersedes any previous notices filed*

TO:   Nadine Roundtree Trombacco
      PO BOX 926
      Groveland, FL  34736-0000

This notice is occasioned by a notice of increased mortgage payments received by this office from **NationStar Mortgage** (copy attached). Paragraph 8 of your Confirmation Order provides for this change in plan payments from you to the Trustee, and no further order is required.

**THE EFFECTIVE DATE OF THIS INCREASE IN PAYMENT IS WITH THE PAYMENT DUE: February 2017**

|                            | Former     | New                    |
|----------------------------|------------|------------------------|
| Mortgage payment           | $1,462.88  | $1,464.82              |
| Difference                 |            | $1.94                  |
| Additional Trustee Fee     |            | $0.22                  |
| Your Payment to the Trustee| $2,719.97  | $2,722.13 (2/17-1/21)  |

If you have made one or more payments which are after the effective date of this change, you **MUST**, in order for your payments to be current and in good standing, forward the difference between your former payment and the new payment to the Trustee upon receipt of this notice.

I hereby certify that a copy of the foregoing Notice of Increase in Plan Payments has been forwarded to the debtor at the address listed above on this the 25 day of January, 2017.

/s/ Laurie K. Weatherford
Laurie K. Weatherford
Chapter 13 Trustee
Stuart Ferderer
Attorney for Trustee
Fl. Bar No. 0746967
Post Office Box 3450
Winter Park, Florida 32790-3450

| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Nadine Roundtree Trombacco, aka Nadine Roundtree Spatcher, aka Nadine Roundtree |
| Debtor 2 (Spouse, If filing) | |
| United States Bankruptcy Court for the : Middle | District of Florida (State) |
| Case number | 6:16-bk-00188-KSJ |

## Official Form 410S1
# Notice of Mortgage Payment Change
12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

| | | | |
|---|---|---|---|
| Name of creditor: | Nationstar Mortgage LLC | Court claim no. (if known): | 7 |
| Last four digits of any number you use to identify the debtor's account: | XXXXXX0244 | Date of payment change: Must be at least 21 days after date of this notice | 2/1/2017 |
| | | New total payment: Principal, interest, and escrow, if any | $1,464.82 |

### Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ✹ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:   $ 215.14          New escrow payment :   $ 217.08

### Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?

   ✹ No
   ☐ Yes Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate:              %                New interest rate:              %
   Current principal and interest payment:   $ _____      New principal and interest payment:   $ _____

### Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ✹ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment:    $ _____        New mortgage payment:    $ _____