NADINE ROUNDTREE TROMBACCO
P.O. Box 926
Groveland, FL 34736

*Without an Attorney*

FILED
MAR -6 2017
Clerk, U.S. Bankruptcy,
Orlando Division

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA AT ORLANDO

| | |
|---|---|
| *In re:* <br> **NADINE ROUNDTREE TROMBACCO;** <br> *Debtor.* | Case No.: **6:16-bk-00188-KSJ** <br> Initial Chapter 13 <br><br> **NADINE ROUNDTREE TROMBACCO'S OBJECTION TO NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES** <br> **[D.E. Doc]** |

COMES NOW, **NADINE ROUNDTREE TROMBACCO** without an attorney, and files this objection to BANK OF AMERICA'S **NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES** and in support state as follows:

### FACTUAL BACKGROUND

1. Debtor filed her bankruptcy petition under chapter 13 of the United States Bankruptcy Code.

2. Debtor filed a plan that treated the claim filed by BANK OF AMERICA.

3. The plan clearly indicates the property is under water and thus BANK OF AMERICA is not over secured.

4. BANK OF AMERICA improperly requests post-petition attorney fees while knowing it is not entitled to such fees and charges.

5. The fees requested are for litigating matters relating to bankruptcy remedies.

6. In-fact the plan calls for the ability to modify the debt via cram down or modification to reflect the secured amount only with an adjusted interest rate.

## MEMORANDUM OF LAW

The Supreme Court, in Travelers Casualty and Surety Co. of America v. Pacific Gas and Elec. Co.1 (Travelers), held that the Ninth Circuit's Fobian Rule, which held that claims of creditors grounded on prepetition contracts for attorney's fees for litigating bankruptcy issues must be disallowed, had no support in § 502 of the Bankruptcy Code "or elsewhere."

## ARGUMENTS WITH MEMORANDUM OF LAW IN SUPPORT

### I. BANK OF AMERICA IS NOT ENTITLED TO AN AWARD OF ATTORNEYS' FEES BECAUSE THE MOTION IS LEGALLY INSUFFICIENT

BANK OF AMERICA failed to file a legally sufficient motion for attorney fees, charges and costs. BANK OF AMERICA filed a notice without any demonstration of how the numbers are supported by hours and for what purpose. Rule 54(d)(A),(B), governs the procedure and timing to make a claim for attorney fees:

2) Attorney's Fees.

  (A) Claim to Be by Motion. A claim for attorney's fees and related nontaxable expenses must be made by motion unless the substantive law requires those fees to be proved at trial as an element of damages.

  (B) Timing and Contents of the Motion. Unless a statute or a court order provides otherwise, the motion must:

    (i) be filed no later than 14 days after the entry of judgment;

    (ii) specify the judgment and the statute, rule, or other grounds entitling the movant to the award;

    (iii) state the amount sought or provide a fair estimate of it; and

    (iv) disclose, if the court so orders, the terms of any agreement about fees for the services for which the claim is made.

BANK OF AMERICA filed the NOTICE and NOT a MOTION well after 14 days of the Order CONFIRMING THE PLAN. As such, the motion is time barred.

II. **Even If The Court Finds The NOTICE To Be Ripe For Adjudication, Debtor Alternatively Assert That The Amount Stated Is Inflated**

No rate has been provided and no supporting affidavits were filed with the NOTICE as required by the pertinent rules. Accordingly, the motion should be denied.

**WHEREFORE**, NADINE ROUNDTREE TROMBACCO requests the application be denied in it s entitrety.

Dated: March 2, 2017

Respectfully submitted,

by: /s/ Nadine Roundtree Trombacco
**NADINE ROUNDTREE TROMBACCO**
P.O. Box 926
Groveland, FL 34736

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing has been furnished by U.S. Mail to the parties on the service list on this date March 2, 2017.

by: *[signature]*
NADINE ROUNDTREE TROMBACCO
P.O. Box 926
Groveland, FL 34736

**SERVICE LIST**:

Gilbert Garcia Group, P.A.
2313 W. Violet St.
Tampa, Florida 33603

Laurie K. Weatherford, Trustee
Post Office Box 3450
Winter Park, FL 32790

UNITED STATES TRUSTEE
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210