UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.:6:16-bk-00188-KSJ
CHAPTER 13

IN RE:
Nadine Roundtree Trombacco

            Debtor(s).
_____/

## RESPONSE TO THE DEBTOR'S OBJECTION TO NOTICE OF POST PETITION MORTGAGE FEES, EXPENSES AND CHARGES

BANK OF AMERICA, N.A. (hereinafter "Creditor"), by and through its undersigned attorney, files this Response to the Debtor's Objection to Notice of Post-Petition Mortgage Fees, Expenses and Charges Claim, and states as follows:

1. Creditor has a security interest in real property located at: **7706 Ferrara Avenue, Orlando, Florida 32819.** Said claim is based on a Mortgage executed by Debtor, Douglas J. Trombacco, and Raquel D. Spatcher on February 12, 1997 and recorded in Official Records Book 5204, at Page 1076, of the Public Records of Orange County, Florida. Said Mortgage secures a Note in the amount of $51,943.00.

2. Debtor defaulted under the terms of the Note and Mortgage by failing to make monthly payments. As a result of the default, Debtor owed $19,623.50 in arrears as of the petition date. Creditor filed Claim 8-2 evidencing said arrears and a total claim in the amount of $48,081.48.

3. The Debtor's plan proposed conflicting and unclear treatment in regards to Creditor's claim.

4. Additionally, the Debtor filed multiple motions (all of which were baseless) challenging Creditor's secured interest in the property.

5. The Debtor's confirmed Chapter 13 Plan provides for payment of the Creditor's Claim.

6. Due to the delinquent status of the loan, the multiple motions, and the proposed plan treatment, Creditor retained counsel to protect its security interests in the property and to protect the Creditor's rights.

7. Pursuant to Paragraph 6 of the Mortgage, any amounts disbursed by Lender in a legal proceeding, such as a bankruptcy proceeding, which were disbursed in connection with protection of Creditor's rights in the Property shall be recoverable against the borrowers.

8. Creditor timely filed a Notice of Post- Petition Mortgage Fees and Expenses and Charges Related to Claim 8 on February 7, 2017 (hereinafter "Notice of Fees and Expenses"). The Notice of Fees and Expenses included fees, expenses, and charges incurred post-petition in connection with the Creditor's claim and the protection of Creditor's interest in the property.

9. On March 6, 2017, Debtor filed an Objection to Notice of Post-Petition Mortgage Fees, Expenses and Charges (Doc. 80).

10. Debtor objects to the Notice of Fees and Expenses and alleges that the property is "under water." However, contrary to Debtor's assertions, Creditor's claim is fully secured and the property is not underwater. Debtor's schedules state the value of the property is $63,000.00. Creditor's total claim is in the amount of $48,081.48. Therefore, the claim is fully secured.

11. Debtor has also alleged that the Notice of Fees and Expenses was legally insufficient. However, the Notice of Fees and Expenses was filed in compliance with applicable rules.

12. Debtor further alleges the Notice of Fees and Expenses was time barred. However, Rule 3002.1 requires that the Notice be filed within 180 days after the date on which the fees

occurred. The subject fees were incurred within the 180 day time period. Accordingly, the Notice is not time barred.

13. The fees set forth in the Notice of Fees and Expenses are reasonable fees for the services involved. In this matter the loan was not current, was in default and is being paid through the plan. As such the fees were reasonable, necessary and compensable. Protection of the Creditor's interest was required. *See In re Diaz*, No 09-38690-BKC-AJC, 2010 Bankr. LEXIS 689 (U.S. Bankr. S.D. Fla. Mar. 1, 2010).

14. Accordingly Debtor's objections to the Notice of Fees and Expenses are baseless unfounded and should be overruled.

WHEREFORE, Creditor requests that the Court overrule Debtor's Objection, together with such other relief as this Court deems just and proper.

Gilbert Garcia Group, P.A.
Attorney for Creditor
2313 W. Violet Street
Tampa, Florida 33603
bankruptcy@gilbertgrouplaw.com
Telephone No.: (813) 443-5087
Facsimile No.: (813) 443-5089

By:/s/ *Amy M. Kiser, Esq.*
MICHELLE GARCIA GILBERT, ESQ.
Florida Bar# 549452
AMY M. KISER, ESQ.
Florida Bar # 46196

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished on March 15, 2017 by CM/ECF or by regular U.S. Mail to:

Nadine Roundtree Trombacco
PO Box 926
Groveland, FL 34736

Trustee
Laurie K Weatherford
Post Office Box 3450
Winter Park, FL 32790

United States Trustee - ORL7/13, 7
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801

 

                                                  Gilbert Garcia Group P.A.
                                                  Attorney for Secured Creditor
                                                  2313 W. Violet Street
                                                  Tampa, Florida  33603
                                                  bankruptcy@gilbertgrouplaw.com
                                                  Telephone No.: (813) 443-5087
                                                  Facsimile No.: (813) 4435089

                                                  <u>By:/s/Amy M. Kiser</u>
                                                  Michelle Garcia Gilbert, Esq.
                                                  Florida Bar# 549452
                                                  Amy M. Kiser, ESQ.
                                                  Florida Bar# 46196