**[Dntchrg]** [District Notice of Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                          Case No. 6:16–bk–00188–KSJ
                                                                Chapter 13
Nadine Roundtree Trombacco
aka Nadine Roundtree Spatcher
aka Nadine Roundtree


_____Debtor*_____/

NOTICE OF PRELIMINARY HEARING


   NOTICE IS GIVEN THAT:

1. A preliminary hearing in this case will be held on May 2, 2017 , at 02:00 PM in Courtroom 6A, 6th Floor, George C. Young Courthouse, 400 West Washington Street, Orlando, FL 32801 on the following matter:

Objection to Bank of America's Notice of Postpetition Mortgage Fees, Expenses, and Charges (Document No. 80) filed by Debtor

2. The Court may continue this matter upon announcement made in open court without further notice.

3. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

4. Avoid delays. You are reminded that Local Rule 5073–1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge, a valid Florida Bar identification card, or *pro hac vice* order. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.


                                        FOR THE COURT
 Dated: March 23, 2017                  Lee Ann Bennett , Clerk of Court
                                        George C. Young Federal Courthouse
                                        400 West Washington Street
                                        Suite 5100
                                        Orlando, FL 32801


The Clerk's office is directed to serve a copy of this notice on interested parties.


*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.