**NADINE ROUNDTREE TROMBACCO**
**P.O. Box 926**
**Groveland, FL 34736**

*Without an Attorney*

**FILED**

MAR 2 2 2017

Clerk, U.S. Bankruptcy
Orlando Division

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA AT ORLANDO

*In re:*

**NADINE ROUNDTREE TROMBACCO;**

      *Debtor.*

Case No.: **6:16-bk-00188-KSJ**

Initial Chapter 13

**NADINE ROUNDTREE TROMBACCO'S RESPONSE AND OBJECTION TO "MOTION TO DISMISS FOR FAILURE TO MAINTAIN TIMELY PLAN PAYMENTS"**
**[D.E. 79]**

      COMES NOW, **NADINE ROUNDTREE TROMBACCO** without an attorney, and files **NADINE ROUNDTREE TROMBACCOS' RESPONSE AND OBJECTION TO "MOTION TO DISMISS FOR FAILURE TO MAINTAIN TIMELY PLAN PAYMENTS"** and in support state as follows:

### FACTUAL BACKGROUND

1. The Debtor filed this Chapter 13 case on 1/11/2016.

2. Debtor filed her plan on 2/9/2016 and an amended plan on 7/11/2016 Pursuant to 11 USC 1322 (a)(l)

3. The plan provided treatment of all claims filed in this case.

4. This Court confirmed a plan other than the amended plan.

5. Debtor took an appeal of the final order confirming the wrong plan.

6. Trustee now files a motion to dismiss for failure to comply with the wrong plan.

7. Debtor has made plan payments based on the plan submitted. The plan confirmed is not final until the Court of appeal affirms the order confirming the plan.

## ARGUMENTS

**I.    JURISDICTION OVER MATTERS RELATING TO THE PLAN LIE EXCLUSIVELY IN THE DISTRICT COURT IN ITS APPELLATE CAPACITY**

Once an appeal is taken from an Order affirming the plan, all related matters to the order confirming the plan fall exclusively within the jurisdiction of the appellate court. This Court should therefore abstain from ruling on any motions, the substance of which, relate to the order confirming the plan currently before the appellate court.

**II.    THE TRUSTEE FIGURES ALLEGING DEFAULT DO NOT REFLECT PAYMENTS REQUIRED UNDER THE PLAN SUBMITTED BY DEBTOR**

The Trustee relies on the plan improperly confirmed by this Court's order that currently on appeal in the District Court. The plan confirmed is over burdensome, is not in conformity with Debtor's submitted plan.

WHEREFORE, Debtor requests that this Court sustain this objection to the motion to dismiss and to allow the payments on debtor's plan to continue pursuant to submitted plan and not the confirmed plan pursuant to this Court's order currently on appeal.

Dated: March 22, 2017

Respectfully submitted,

by_____

NADINE ROUNDTREE TROMBACCO
P.O. Box 926
Groveland, FL 34736

1

2

**CERTIFICATE OF SERVICE**

3

The undersigned herby certifies that a true and correct copy of the foregoing has been furnished by U.S. Mail to the parties on the service list on this date March 22, 2017.

4

5

by: *Nadine Roundtree Trombacco*

6

**NADINE ROUNDTREE TROMBACCO**

7

P.O. Box 926
Groveland, FL 34736

8

9

**SERVICE LIST**:

10

Laurie K. Weatherford, Trustee
Post Office Box 3450
Winter Park, FL 32790

11

12

UNITED STATES TRUSTEE
Office of the United States Trustee

13

George C Young Federal Building
400 West Washington Street, Suite 1100

14

Orlando, FL 32801-2210

15

16

17

18

19

20

21

22

23

24

25

26

27

28