United States Bankruptcy Court
Middle District of Florida

In re:  
Nadine Roundtree Trombacco  
    Debtor

Case No. 16-00188-KSJ  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 113A-6      User: cfaye      Page 1 of 1      Date Rcvd: Mar 23, 2017  
                        Form ID: Dntchrg    Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2017.
```
db             +Nadine Roundtree Trombacco,    PO Box 926,    Groveland, FL 34736-0926
cr             +BANK OF AMERICA, N.A.,    c/o Gilbert Garcia Group, P.A.,    2313 W. Violet St.,
                 Tampa, FL 33603-1423
cr             +Nationstar Mortgage, LLC,    c/o Iris kwon, Esq.,    ROBERTSON, ANSCHUTZ & SCHNEID, P.L.,
                 6409 CONGRESS AVE,    SUITE 100,    BOCA RATON, FL 33487-2853
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: Bankruptcy@octaxcol.com Mar 23 2017 22:11:50      ORANGE COUNTY TAX COLLECTOR,
                 P.O. BOX 545100,    ORLANDO, FL 32854-5100
cr              E-mail/PDF: rmscedi@recoverycorp.com Mar 23 2017 22:46:12      Recovery Management Systems Corp.,
                 Attn: Ramesh Singh,    25 SE Second Avenue, Ste 1120,    Miami, FL  33131-1605
                                                                                             TOTAL: 2

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Bank of America, N.A.
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2017 at the address(es) listed below:
```
          Amy M Kiser    on behalf of Creditor    Bank of America, N.A. bankruptcy@gilbertgrouplaw.com
          Amy M Kiser    on behalf of Creditor    BANK OF AMERICA, N.A. bankruptcy@gilbertgrouplaw.com
          Ashley Prager Popowitz    on behalf of Creditor    Bank of America, N.A. Ashley.popowitz@mrpllc.com,
           FLBKECF@mrpllc.com
          Christopher P Salamone    on behalf of Creditor    Nationstar Mortgage, LLC csalamone@rasflaw.com,
           bkyecf@rasflaw.com;ras@ecf.courtdrive.com
          Iris Kwon    on behalf of Creditor    Nationstar Mortgage, LLC ikwon@rasflaw.com,
           bkyecf@rasflaw.com;ras@ecf.courtdrive.com
          Karen A Maxcy    on behalf of Creditor    Nationstar Mortgage, LLC km5@mccallaraymer.com,
           BankruptcyECFMail@mccallaraymer.com;ecf_fl@rcolegal.com
          Laurie K Weatherford    ecfdailysummary@c13orl.com
          United States Trustee - ORL7/13, 7    USTP.Region21.OR.ECF@usdoj.gov
                                                                                             TOTAL: 8
```

[Dntchrg] [District Notice of Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

Nadine Roundtree Trombacco
aka Nadine Roundtree Spatcher
aka Nadine Roundtree

Case No. 6:16−bk−00188−KSJ
Chapter 13

_____Debtor*_____/

## NOTICE OF PRELIMINARY HEARING

NOTICE IS GIVEN THAT:

1. A preliminary hearing in this case will be held on May 2, 2017 , at 02:00 PM in Courtroom 6A, 6th Floor, George C. Young Courthouse, 400 West Washington Street, Orlando, FL 32801 on the following matter:

Objection to Bank of America's Notice of Postpetition Mortgage Fees, Expenses, and Charges (Document No. 80) filed by Debtor

2. The Court may continue this matter upon announcement made in open court without further notice.

3. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

4. <u>Avoid delays</u>. You are reminded that Local Rule 5073−1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge, a valid Florida Bar identification card, or *pro hac vice* order. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Dated: March 23, 2017

FOR THE COURT
Lee Ann Bennett , Clerk of Court

George C. Young Federal Courthouse
400 West Washington Street
Suite 5100
Orlando, FL 32801

The Clerk's office is directed to serve a copy of this notice on interested parties.

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.