LAW OFFICES
McCALLA RAYMER LEIBERT PIERCE, LLC
BANKRUPTCY DEPARTMENT
110 S.E. 6th Street, Suite 2400
Ft. Lauderdale, FL 33301
TELEPHONE: 770-643-7200
TELEFAX: 866-761-0279
1-800-275-7171

April 24, 2017

Clerk, United States Bankruptcy Court
400 W. Washington Street
Suite 5100
Orlando, FL 32801

## REQUEST FOR SERVICE OF NOTICES

RE:

| | |
|---|---|
| Debtor(s) | Nadine Roundtree Trombacco and DOUGLAS TROMBACCO |
| Case Number | 16-00188 |
| Chapter | 13 |
| Secured Creditor | Nationstar Mortgage LLC |
| Loan Number | XXXXXX0244 |
| Property Address | 6000 MILLSTREAM DRIVE, GROVELAND, FL 34736 |

Dear Sir / Madam:

Would you be so kind as to add the following interested party to the mailing / service list in the above referenced case:

Nationstar Mortgage LLC
c/o McCALLA RAYMER LEIBERT PIERCE, LLC
Bankruptcy Department
110 S.E. 6th Street, Suite 2400
Ft. Lauderdale, FL 33301

Please provide us with a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to notices required by Bankruptcy Rules 2002(g) and the Local Rules of the Bankruptcy Court.

We appreciate your courtesy in this matter. If you have any questions, please do not hesitate to call me.

Very Truly Yours,

/s/ Ashley Prager Popowitz
c/o McCALLA RAYMER LEIBERT PIERCE, LLC
110 S.E. 6th Street, Suite 2400
Ft. Lauderdale, FL 33301
Phone: 754-263-1065
Email: Ashley.Popowitz@mccalla.com
Attorney Bar No: 72341