**FILED**

NADINE ROUNDTREE TROMBACCO
P.O. Box 926
Groveland, FL 34736
*Without an Attorney*

MAY 15 2017

Clerk, U.S. Bankruptcy,
Orlando Division

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA AT ORLANDO

*In re:*

**NADINE ROUNDTREE TROMBACCO;**

*Debtor.*

Case No.: **6:16-bk-00188-KSJ**

Initial Chapter 13

**NOTICE OF CORRECTION OF THE RECORD OF NOTICE OF APPEAL**

COMES NOW, Debtor/Petitioner, **NADINE ROUNDTREE TROMBACCO**, without an attorney, to CORRECT THE RECORD OF THIS COURT, and the misunderstanding of the clerk, and in support, states as follows:

**FACTUAL BACKGROUND**

1. The Debtor filed this Chapter 13 case on 1/11/2016;

2. A Preliminary Hearing was scheduled for May 2, 2017, at 2:00 pm, in Courtroom 6A. [Doc 82];

3. On 5/3/2017 [DOC 87], Debtor filed a incorrectly-titled "NOTICE OF APPEAL" by mistake, to indicate that the court lacked Jurisdiction to hear any matters before it, until the Appeal filed by Debtor on 11-07-2016 was disposed of in the District Court;

4. The filing [Doc 87], was ONLY a NOTICE to the court that the Court lacked jurisdiction to hold a Preliminary Hearing was ongoing, and that the hearing should be canceled or delayed until after the Appeal has been disposed of, but that the document

was <u>NOT</u> noticing the court of a brand new Appeal being filed. Debtor/Petitioner was only attempting to notice the court that an Appeal was ongoing and that Debtor/Petitioner was in Appeal status.

5. Because Debtor/Petitioner was only attempting to notice the court that there was an ongoing Appeal in place, and that the hearing that was scheduled was improper due to lack of jurisdiction, there is no fee required. The fee is only required if there is a brand new Appeal being filed, which was not the case.

WHEREFORE, Debtor hereby moves this court to cancel, strike or Dispose of the incorrectly-titled "NOTICE OF APPEAL" that was filed by mistake on May 3, 2017, [Doc 87], in any way the Clerk deems appropriate, because it was only a notice and a new Appeal was not being filed, and to remove the improperly fee being charged for a brand new Appeal, as it is in error.

Dated this day of May 15, 2017

*Respectfully submitted,*

by: *[signature]*
NADINE ROUNDTREE TROMBACCO
P.O. Box 926
Groveland, FL 34736

- 2 -

## CERTIFICATE OF SERVICE

I, **Nadine Trombacco**, the undersigned, hereby certifies that a true and correct copy of the foregoing instrument has been furnished by U.S. Mail to the parties named on the service list below, on this date of May 15, 2017.

by: *[signature]*
NADINE ROUNDTREE TROMBACCO
P.O. Box 926
Groveland, FL 34736

**SERVICE LIST**:

**LAURIE K. WEATHERFORD,** *Trustee*
Post Office Box 3450
Winter Park, FL 32790

**UNITED STATES TRUSTEE**
Office of the United States Trustee
George C. Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210