ORDERED.

Dated:  July 28, 2017

_____
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
Middle District of Florida
Orlando Division

| IN RE: | Case No. :   6:16-bk-00188-KSJ |
|---|---|
| NADINE ROUNDTREE TROMBACCO | Chapter 13 |
| Debtor | |

### Order Granting Trustee's Motion to Dismiss Case

   THIS CASE came on for hearing on July 25, 2017 upon the Trustee's Motion to Dismiss for Failure to Make Payments (Document No. 79) and the Debtor's Response (Document No. 83).  The court, having heard argument and reviewed the record finds that this case should be dismissed.  Accordingly, it is hereby

   ORDERED AND ADJUDGED AS FOLLOWS:

   1. The motion is granted and this case is dismissed.

   2. The automatic stay imposed by 11 U.S.C. Section 362 is terminated.

   3. The Trustee shall refund all funds on hand, if any, to the Debtor in care of the Debtor's attorney, when represented by an attorney.

   4. The effective date of this order is delayed fourteen (14) days to permit the Debtor(s) to file a Notice of Conversion, along with the $25.00 trustee surcharge required by the Bankruptcy Court Fee Schedule.

Copies furnished to: All Creditors and Interested Parties.

Laurie K. Weatherford, Chapter 13 Trustee, is directed to serve a copy of this order on interested parties and file a proof of service within three (3) days of the entry of the order.