[6apord1] [ORDER DIRECTING IMMEDIATE PAYMENT OF FILING FEE]

ORDERED.

**Dated: October 4, 2017**

Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:  

Nadine Roundtree Trombacco
aka Nadine Roundtree Spatcher
aka Nadine Roundtree

Case No. 6:16−bk−00188−KSJ
Chapter 13

_____Debtor*_____/

ORDER DIRECTING IMMEDIATE PAYMENT OF FILING FEE

This case came on for consideration on the Notice of Appeal filed by Nadine Roundtree Trombacco on 10/4/2017 (Document Number 98 ). The Notice of Appeal did not include a filing fee.

Pursuant to Fed. R. Bankr. P. 8001(a), a notice of appeal must be "accompanied by the prescribed fee". Accordingly, it is

ORDERED:

1) No later than 10/14/2017 , the appellant shall pay to the clerk the sum of 298.00 representing the filing fee remaining unpaid.

2. Unless the appellant pays the fee by that date, the Court will enter an order dismissing the appeal without further notice or hearing.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.