**[Dntchrg]** [District Notice of Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                                          Case No. 6:16−bk−00188−KSJ
                                                                                                 Chapter 13
Nadine Roundtree Trombacco
aka Nadine Roundtree Spatcher
aka Nadine Roundtree

_____Debtor*_____/

## NOTICE OF PRELIMINARY HEARING

   NOTICE IS GIVEN THAT:

1. A preliminary hearing in this case will be held on October 31, 2017 , at 02:45 PM in Courtroom 6A, 6th Floor, George C. Young Courthouse, 400 West Washington Street, Orlando, FL 32801 on the following matter:

Emergency Motion by Debtor to Stay Orders Pending Outcome of Appeals (Document No. 97) filed by Debtor

2. The Court may continue this matter upon announcement made in open court without further notice.

3. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

4. <u>Avoid delays</u>. You are reminded that Local Rule 5073−1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge, a valid Florida Bar identification card, or *pro hac vice* order. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

|  |  |
|---|---|
| Dated: October 4, 2017 | FOR THE COURT<br>Sheryl L. Loesch , Clerk of Court<br>George C. Young Federal Courthouse<br>400 West Washington Street<br>Suite 5100<br>Orlando, FL 32801 |

The Clerk's office is directed to serve a copy of this notice on interested parties.

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.