UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re

NADINE ROUNDTREE TROMBACCO         Case No. 6:16-bk-00188-KSJ

Debtor
_____/

TRUSTEE'S RESPONSE TO DEBTOR'S MOTION TO COMPEL
TRUSTEE TO PRODUCE COMPLETE ACCOUNTING OF
PAYMENTS MADE INTO DEBTOR'S CHAPTER 13 PLAN
(Doc. No. 116)

The Chapter 13 Trustee files this Response to Debtor's Motion to Compel Trustee to Produce Complete Accounting of Payments Made Into Debtor's Chapter 13 Plan, and states:

1). On December 19th, 2017 the Debtor was sent via first-class U.S. mail a complete accounting of both the plan payments received and the disbursements thereof.

2). A true and correct copy of the complete accounting referenced herein is attached hereto as Composite Exhibit "A".

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by first-class U.S. mail to Nadine Roundtree Trombacco, Debtor Pro Se, P.O. Box 926, Groveland, Florida 34736 this 19th day of December, 2017.

/s/ Laurie K. Weatherford
LAURIE K. WEATHERFORD, Trustee
Stuart Ferderer, Esq.
Fla. Bar No. 0746967
Ana DeVilliers, Esq.
Fla. Bar No. 0123201
P.O. Box 3450
Winter Park, FL 32790
Telephone: (407) 648-8841

Composite Exhibit "A"

## Chapter 13 Status Report as of December 18, 2017
## Laurie K. Weatherford, Trustee

**Debtor**

Case Number: 6:16-bk-00188-KSJ
Petition Date: 01/11/2016
Date Confirmed: 10/25/2016

Nadine Roundtree Trombacco
Po Box 926
Groveland, FL  34736

**Attorney**

Pro Se
Middle District
Orlando, FL  32801

Total Paid In: $32,406.00
Regular Payment: $2,722.13

### Claims and Disbursements

| Payee Name | Payee Type | Claim Allowed | Paid to Date |
|---|---|---|---|
| Pro Se | Attorney Fee | $0.00 | $0.00 |
| American Express Bank, Fsb | General Unsecured | $6,109.79 | $0.00 |
| Bank Of America, N.A. | Ongoing Mortgage | $0.00 | $5,122.59 |
| Bank Of America, N.A. | Mortgage Arrears | $19,648.50 | $1,541.08 |
| Capital One, N.A. | General Unsecured | $3,504.06 | $0.00 |
| Central Florida Postal Cu | Secured By Vehicle | $5,625.18 | $1,106.31 |
| Department Stores National Bank | General Unsecured | $287.89 | $0.00 |
| Internal Revenue Service | Priority | $0.00 | $0.00 |
| Midland Credit Management, Inc. | General Unsecured | $634.52 | $0.00 |
| Midland Credit Management, Inc. | General Unsecured | $550.83 | $0.00 |
| Nationstar Mortgage, Llc | Ongoing Mortgage | $0.00 | $13,503.46 |
| Nationstar Mortgage, Llc | Secured | $5,515.92 | $432.64 |
| Portfolio Recovery Associates, Llc | General Unsecured | $997.54 | $0.00 |
| Portfolio Recovery Associates, Llc | General Unsecured | $346.89 | $0.00 |
| Td Bank Usa, N.A. | General Unsecured | $928.06 | $0.00 |
| Filing Fee | Filing Fee | $0.00 | $0.00 |
| Orange County Tax Collector | Secured | $0.00 | $0.00 |
| Target Card Services | General Unsecured | $0.00 | $0.00 |
| Nadine Roundtree Trombacco | Debtor Refund | $0.00 | $9,725.80 |
| Administrative Fees | | | $974.12 |

**Receipts from 2/1/2016 to 12/18/2017**

| Receipt Date | Receipt Source | Receipt Description | Receipt Amount |
|---|---|---|---|
| 02/16/2016 | 2215 | Money Order | $1,000.00 |
| 02/16/2016 | 2226 | Money Order | $325.00 |
| 02/17/2016 | 0506 | Credit Union Check | $148.00 |
| 03/04/2016 | 2463 | Credit Union Check | $1,473.00 |
| 04/07/2016 | 4563 | Money Order | $473.00 |
| 04/07/2016 | 4552 | Money Order | $1,000.00 |
| 05/16/2016 | 2514 | Credit Union Check | $1,473.00 |
| 06/07/2016 | 2542 | Credit Union Check | $1,473.00 |
| 07/06/2016 | 2565 | Credit Union Check | $1,473.00 |
| 08/08/2016 | 2589 | Credit Union Check | $1,473.00 |
| 09/07/2016 | 2611 | Credit Union Check | $1,473.00 |
| 10/11/2016 | 2639 | Credit Union Check | $1,473.00 |
| 11/08/2016 | 2662 | Credit Union Check | $1,473.00 |
| 12/06/2016 | 2692 | Credit Union Check | $1,473.00 |
| 01/06/2017 | 2715 | Credit Union Check | $1,473.00 |
| 02/07/2017 | 0741 | Money Order | $1,000.00 |
| 02/07/2017 | 0752 | Money Order | $473.00 |
| 03/08/2017 | 2753 | Credit Union Check | $1,473.00 |
| 04/10/2017 | 2777 | Credit Union Check | $1,473.00 |
| 05/04/2017 | 2797 | Credit Union Check | $1,473.00 |
| 06/06/2017 | 2816 | Credit Union Check | $1,473.00 |
| 07/07/2017 | 2840 | Credit Union Check | $1,473.00 |
| 08/03/2017 | 2855 | Credit Union Check | $1,473.00 |
| 09/06/2017 | 2872 | Credit Union Check | $1,473.00 |
| 10/17/2017 | 2888 | Credit Union Check | $1,473.00 |
| 11/07/2017 | 2905 | Credit Union Check | $1,473.00 |

Total Receipts: $32,406.00

# Case Overview

Case No. 6:16-bk-00188-KSJ  Nadine Roundtree Trombacco  
Closed

Monday, December 18, 2017  
12:19 pm

## Case Profile

| | |
|---|---|
| Close Code | Dismissed After Confirmation |
| Bar Check Status | Y |
| Debtor Type | Individual |
| Plan Term | 60 |
| Attorney | Pro Se |
| Judge | Karen S. Jennemann |
| Region | Region 21 |
| District | Middle District of Florida |
| Division | Orlando Division |



Receipts Last 24 Months

## Debtor One Address

| | |
|---|---|
| Address 1 | |
| Address 2 | |
| Address 3 | |
| City, State Zip | |
| Phone | |
| SSN | |
| AKA | |
| DBA | |

## Debtor Two Address

| | |
|---|---|
| Address 1 | Po Box 926 |
| Address 2 | |
| Address 3 | |
| City, State Zip | Groveland, FL 34736 |
| Phone | |
| SSN | XXX-XX-5727 |
| AKA | Nadine Roundtree Spatcher |
| DBA | |

## Case Detail

| | |
|---|---|
| Balance on Hand | $0.00 |
| Total Paid Into Plan | $32,406.00 |
| Last Receipt Amount | $1,473.00 |
| Delinquency | $0.00 |
| Plan Base | $152,079.15 |
| Total Disbursed to Creditors | $21,706.08 |
| Total Paid to Trustee | $974.12 |
| Total Disbursed | $32,406.00 |
| Percent to Unsecureds | 0.00% |

## Dates

| | |
|---|---|
| Petition Filed Date | 1/11/2016 |
| Plan Filed Date | 2/09/2016 |
| Debtor First Payment Due Date | 2/10/2016 |
| 341 Date | 2/11/2016 |
| Confirmation Hearing Date | 10/18/2016 |
| Case Confirmed Date | 10/25/2016 |
| Last Receipt Date | 11/7/2017 |
| Last Disbursement Date | 11/15/2017 |
| Closed Date | 7/28/2017 |
| Final Report Date | |
| Trustee Discharge Date | |

| Case Overview | | |
|---|---|---|
| Case No. 6:16-bk-00188-KSJ | Nadine Roundtree Trombacco | Monday, December 18, 2017 |
| Closed | | 12:19 pm |

## Receipt History

| Receipt Date | Receipt Source | Receipt Description | Receipt Amount |
|---|---|---|---|
| Feb 16, 2016 | 2215 | Money Order | $1,000.00 |
| Feb 16, 2016 | 2226 | Money Order | $325.00 |
| Feb 17, 2016 | 0506 | Credit Union Check | $148.00 |
| Mar 04, 2016 | 2463 | Credit Union Check | $1,473.00 |
| Apr 07, 2016 | 4563 | Money Order | $473.00 |
| Apr 07, 2016 | 4552 | Money Order | $1,000.00 |
| May 16, 2016 | 2514 | Credit Union Check | $1,473.00 |
| Jun 07, 2016 | 2542 | Credit Union Check | $1,473.00 |
| Jul 06, 2016 | 2565 | Credit Union Check | $1,473.00 |
| Aug 08, 2016 | 2589 | Credit Union Check | $1,473.00 |
| Sep 07, 2016 | 2611 | Credit Union Check | $1,473.00 |
| Oct 11, 2016 | 2639 | Credit Union Check | $1,473.00 |
| Nov 08, 2016 | 2662 | Credit Union Check | $1,473.00 |
| Dec 06, 2016 | 2692 | Credit Union Check | $1,473.00 |
| Jan 06, 2017 | 2715 | Credit Union Check | $1,473.00 |
| Feb 07, 2017 | 0741 | Money Order | $1,000.00 |
| Feb 07, 2017 | 0752 | Money Order | $473.00 |
| Mar 08, 2017 | 2753 | Credit Union Check | $1,473.00 |
| Apr 10, 2017 | 2777 | Credit Union Check | $1,473.00 |
| May 04, 2017 | 2797 | Credit Union Check | $1,473.00 |
| Jun 06, 2017 | 2816 | Credit Union Check | $1,473.00 |
| Jul 07, 2017 | 2840 | Credit Union Check | $1,473.00 |
| Aug 03, 2017 | 2855 | Credit Union Check | $1,473.00 |
| Sep 06, 2017 | 2872 | Credit Union Check | $1,473.00 |
| Oct 17, 2017 | 2888 | Credit Union Check | $1,473.00 |
| Nov 07, 2017 | 2905 | Credit Union Check | $1,473.00 |

Total Receipts: $32,406.00

| Case Overview | | |
|---|---|---|
| Case No. 6:16-bk-00188-KSJ | Nadine Roundtree Trombacco | Monday, December 18, 2017 |
| Closed | | 12:19 pm |

## Disbursement History

| Date | Code | Description | Creditor Nbr | Check Nbr | Amount |
|---|---|---|---|---|---|
| **Nadine Roundtree Trombacco** | | | | | |
| Oct 03, 2017 | DCCC | Debtor Refund - Closed (Computer Check) | | 1591780 | $1,473.00 |
| Oct 03, 2017 | DCCC | Debtor Refund - Closed (Computer Check) | | 1591780 | $1,473.00 |
| Oct 03, 2017 | DCCC | Debtor Refund - Closed (Computer Check) | | 1591781 | $3,882.86 |
| Oct 13, 2017 | DCXC | Debtor Refund - Closed (Cancelled Check) | | 1591780 | $-1,473.00 |
| Oct 13, 2017 | DCXC | Debtor Refund - Closed (Cancelled Check) | | 1591780 | $-1,473.00 |
| Oct 13, 2017 | DCXC | Debtor Refund - Closed (Cancelled Check) | | 1591781 | $-3,882.86 |
| Nov 15, 2017 | DCCC | Debtor Refund - Closed (Computer Check) | | 1601414 | $1,473.00 |
| Nov 15, 2017 | DCCC | Debtor Refund - Closed (Computer Check) | | 1601414 | $1,473.00 |
| Nov 15, 2017 | DCCC | Debtor Refund - Closed (Computer Check) | | 1601415 | $3,882.86 |
| Nov 15, 2017 | DCCC | Debtor Refund - Closed (Computer Check) | | 1601416 | $2,896.94 |
| | | | **Total For Nadine Roundtree Trombacco** | | **$9,725.80** |
| **Bank Of America, N.A.** | | | | | |
| **Claim ID 4 / Court Claim 8** | | | | | |
| Nov 01, 2016 | PRSC | Principal (System Check) | | 1529677 | $3,559.59 |
| Dec 07, 2016 | PRSC | Principal (System Check) | | 1535562 | $395.51 |
| Mar 01, 2017 | PRSC | Principal (System Check) | | 1553319 | $395.51 |
| May 03, 2017 | PRSC | Principal (System Check) | | 1565520 | $395.51 |
| Jun 07, 2017 | PRSC | Principal (System Check) | | 1571263 | $376.47 |
| | | | **Total For Bank Of America, N.A.** | | **$5,122.59** |
| **Central Florida Postal Cu** | | | | | |
| **Claim ID 6 / Court Claim 1** | | | | | |
| Nov 01, 2016 | PRSC | Principal (System Check) | | 1530057 | $721.71 |
| Dec 07, 2016 | PRSC | Principal (System Check) | | 1535982 | $96.15 |
| Mar 01, 2017 | PRSC | Principal (System Check) | | 1553702 | $96.15 |
| May 03, 2017 | PRSC | Principal (System Check) | | 1565901 | $96.15 |
| Jun 07, 2017 | PRSC | Principal (System Check) | | 1571653 | $96.15 |
| | | | **Total For Central Florida Postal Cu** | | **$1,106.31** |
| **Nationstar Mortgage, Llc** | | | | | |
| **Claim ID 13 / Court Claim 7** | | | | | |
| Nov 01, 2016 | PRSC | Principal (System Check) | | 1531562 | $7,650.00 |
| Dec 07, 2016 | PRSC | Principal (System Check) | | 1537650 | $1,462.88 |
| Mar 01, 2017 | PRSC | Principal (System Check) | | 1555226 | $1,462.88 |
| May 03, 2017 | PRSC | Principal (System Check) | | 1567408 | $1,462.88 |
| Jun 07, 2017 | PRSC | Principal (System Check) | | 1573160 | $1,464.82 |
| | | | **Total For Nationstar Mortgage, Llc** | | **$13,503.46** |
| **Nationstar Mortgage, Llc** | | | | | |
| **Claim ID 21 / Court Claim 307** | | | | | |
| Dec 07, 2016 | PRSC | Principal (System Check) | | 1537650 | $108.16 |
| Mar 01, 2017 | PRSC | Principal (System Check) | | 1555226 | $108.16 |
| May 03, 2017 | PRSC | Principal (System Check) | | 1567408 | $108.16 |
| Jun 07, 2017 | PRSC | Principal (System Check) | | 1573160 | $108.16 |
| | | | **Total For Nationstar Mortgage, Llc** | | **$432.64** |
| **Bank Of America, N.A.** | | | | | |
| **Claim ID 22 / Court Claim 108** | | | | | |
| Dec 07, 2016 | PRSC | Principal (System Check) | | 1535563 | $385.27 |
| Mar 01, 2017 | PRSC | Principal (System Check) | | 1553320 | $385.27 |
| May 03, 2017 | PRSC | Principal (System Check) | | 1565521 | $385.27 |
| Jun 07, 2017 | PRSC | Principal (System Check) | | 1571264 | $385.27 |
| | | | **Total For Bank Of America, N.A.** | | **$1,541.08** |
| | | | **Disbursement Total** | | **$31,431.88** |

**Case Overview**  
Case No. 6:16-bk-00188-KSJ  
Closed  

Case 6:16-bk-00188-KSJ    Doc 117    Filed 12/18/17    Page 8 of 9

Nadine Roundtree Trombacco

Monday, December 18, 2017  
12:19 pm

## ADDITIONAL DATES

| Date Case Transfered In | Date Case Reopened | Initial Confirmation Hearin | 03/15/2016 10:00 AM |
|---|---|---|---|

## ADDITIONAL FLAGS

| | | |
|---|---|---|
| Image Status | Schedules Entered | Y Chapter 12 Case |
| Non Orlando Division Case | Jointly Administered (L = Lead A = As: | Case was converted to Chapter 13 |
| 341 was concluded | Y Associated Case Number | |

| Case | Parties | | | | | | | | Attach | Worksheets |
|---|---|---|---|---|---|---|---|---|---|---|

6:16-bk-00188-KSJ  NADINE ROUNDTREE TROMBACCO (xxx-xx-5727)  
Attorney: PRO SE  
$2,722.13 MO  Bar Date: 5/11/2016 (has passed)  7/11/2016 (has passed)  
Confirmed: 10/25/2016  Bar Check is YES  
Case Status: Dismissed After Confirmation (7/28/2017)

NADINE ROUNDTREE TROMBACCO paying $2,722.13 MONTHLY   Adequate Protection:

| Receipts | Receipts/Debtor Refunds | Disbursements | Adjustments | Trustee Disbursements | Trustee Adjustments |
|---|---|---|---|---|---|

Start: First | End: Last | Post Code: All Post Codes | Claim ID: All IDs | | Payer Name: All Names  
Check Status: Cleared | Stale Dated | Stop Payment | Cancelled | Voided | Outstanding

| Date | Payer / Batch | Payer / Reserve Name | Check / Source | Description | Receipts | Disbursements |
|---|---|---|---|---|---|---|
| 11/15/2017 | 0 | NADINE ROUNDTREE TROMBACCO | 1601416 | Debtor Refund - Closed (Computer Check) - COMPUTER CHECKS | | $2,896.94 |
| 11/15/2017 | | LAURIE K WEATHERFORD, TRUSTEE | | Trustee Fee - Fee Reversal | | ($112.98) |
| 11/15/2017 | 0 | NADINE ROUNDTREE TROMBACCO | 1601415 | Debtor Refund - Closed (Computer Check) - COMPUTER CHECKS | | $3,882.86 |
| 11/15/2017 | 0 | NADINE ROUNDTREE TROMBACCO | 1601414 | Debtor Refund - Closed (Computer Check) - COMPUTER CHECKS | | $1,473.00 |
| 11/15/2017 | | LAURIE K WEATHERFORD, TRUSTEE | | Trustee Fee - Fee Reversal | | ($57.45) |
| 11/15/2017 | 0 | NADINE ROUNDTREE TROMBACCO | 1601414 | Debtor Refund - Closed (Computer Check) - COMPUTER CHECKS | | $1,473.00 |
| 11/15/2017 | | LAURIE K WEATHERFORD, TRUSTEE | | Trustee Fee - Fee Reversal | | ($57.45) |
| 11/9/2017 | 92025 | | 2905 | Credit Union Check | $1,473.00 | |
| 11/9/2017 | | LAURIE K WEATHERFORD, TRUSTEE | | Trustee Fee - Plan Receipt | | $57.45 |
| 10/17/2017 | 91727 | | 2888 | Credit Union Check | $1,473.00 | |
| 10/17/2017 | | LAURIE K WEATHERFORD, TRUSTEE | | Trustee Fee - Plan Receipt | | $57.45 |
| 10/13/2017 | 0 | NADINE ROUNDTREE TROMBACCO | 1591781 | Debtor Refund - Closed (Cancelled Check) | | ($3,882.86) |
| 10/13/2017 | 0 | NADINE ROUNDTREE TROMBACCO | 1591780 | Debtor Refund - Closed (Cancelled Check) | | ($1,473.00) |
| 10/13/2017 | | LAURIE K WEATHERFORD, TRUSTEE | | Trustee Fee - Fee Reversal | | $81.02 |
| 10/13/2017 | 0 | NADINE ROUNDTREE TROMBACCO | 1591780 | Debtor Refund - Closed (Cancelled Check) | | ($1,473.00) |
| 10/13/2017 | | LAURIE K WEATHERFORD, TRUSTEE | | Trustee Fee - Fee Reversal | | $81.02 |
| 10/3/2017 | 0 | NADINE ROUNDTREE TROMBACCO | 1591781 | Debtor Refund - Closed (Computer Check) - COMPUTER CHECKS | | $3,882.86 |
| 10/3/2017 | 0 | NADINE ROUNDTREE TROMBACCO | 1591780 | Debtor Refund - Closed (Computer Check) - COMPUTER CHECKS | | $1,473.00 |
| 10/3/2017 | | LAURIE K WEATHERFORD, TRUSTEE | | Trustee Fee - Fee Reversal | | ($81.02) |
| 10/3/2017 | 0 | NADINE ROUNDTREE TROMBACCO | 1591780 | Debtor Refund - Closed (Computer Check) - COMPUTER CHECKS | | $1,473.00 |
| 10/3/2017 | | LAURIE K WEATHERFORD, TRUSTEE | | Trustee Fee - Fee Reversal | | ($81.02) |
| 9/6/2017 | 91201 | | 2872 | Credit Union Check | $1,473.00 | |
| 9/6/2017 | | LAURIE K WEATHERFORD, TRUSTEE | | Trustee Fee - Plan Receipt | | $81.02 |
| 8/3/2017 | 90729 | | 2855 | Credit Union Check | $1,473.00 | |
| 8/3/2017 | | LAURIE K WEATHERFORD, TRUSTEE | | Trustee Fee - Plan Receipt | | $81.02 |
| 7/7/2017 | 90278 | | 2840 | Credit Union Check | $1,473.00 | |
| 7/7/2017 | | LAURIE K WEATHERFORD, TRUSTEE | | Trustee Fee - Plan Receipt | | $81.02 |
| 6/7/2017 | 22 | BANK OF AMERICA, N.A. | 1571264 | Principal (System Check) - MONTHLY DISBURSEMENTS | | $385.27 |
| 6/7/2017 | 21 | NATIONSTAR MORTGAGE, LLC | 1573160 | Principal (System Check) - MONTHLY DISBURSEMENTS | | $108.16 |
| 6/7/2017 | 13 | NATIONSTAR MORTGAGE, LLC | 1573160 | Principal (System Check) - MONTHLY DISBURSEMENTS | | $1,464.82 |
| 6/7/2017 | 6 | CENTRAL FLORIDA POSTAL CU | 1571653 | Principal (System Check) - MONTHLY DISBURSEMENTS | | $96.15 |
| 6/7/2017 | 4 | BANK OF AMERICA, N.A. | 1571263 | Principal (System Check) - MONTHLY DISBURSEMENTS | | $376.47 |
| 6/6/2017 | 89992 | | 2816 | Credit Union Check | $1,473.00 | |
| 6/6/2017 | | LAURIE K WEATHERFORD, TRUSTEE | | Trustee Fee - Plan Receipt | | $51.56 |
| 5/4/2017 | 89593 | | 2797 | Credit Union Check | $1,473.00 | |
| 5/4/2017 | | LAURIE K WEATHERFORD, TRUSTEE | | Trustee Fee - Plan Receipt | | $51.56 |
| 5/3/2017 | 22 | BANK OF AMERICA, N.A. | 1565321 | Principal (System Check) - MONTHLY DISBURSEMENTS | | $385.27 |
| 5/3/2017 | 21 | NATIONSTAR MORTGAGE, LLC | 1567408 | Principal (System Check) - MONTHLY DISBURSEMENTS | | $108.16 |
| 5/3/2017 | 13 | NATIONSTAR MORTGAGE, LLC | 1567408 | Principal (System Check) - MONTHLY DISBURSEMENTS | | $1,462.88 |
| 5/3/2017 | 6 | CENTRAL FLORIDA POSTAL CU | 1565901 | Principal (System Check) - MONTHLY DISBURSEMENTS | | $96.15 |
| 5/3/2017 | 4 | BANK OF AMERICA, N.A. | 1565320 | Principal (System Check) - MONTHLY DISBURSEMENTS | | $395.51 |
| 4/10/2017 | 89215 | | 2777 | Credit Union Check | $1,473.00 | |
| 4/10/2017 | | LAURIE K WEATHERFORD, TRUSTEE | | Trustee Fee - Plan Receipt | | $51.56 |
| 3/8/2017 | 88703 | | 2753 | Credit Union Check | $1,473.00 | |
| 3/8/2017 | | LAURIE K WEATHERFORD, TRUSTEE | | Trustee Fee - Plan Receipt | | $51.56 |
| 3/1/2017 | 22 | BANK OF AMERICA, N.A. | 1553320 | Principal (System Check) - MONTHLY DISBURSEMENTS | | $385.27 |
| 3/1/2017 | 21 | NATIONSTAR MORTGAGE, LLC | 1555226 | Principal (System Check) - MONTHLY DISBURSEMENTS | | $108.16 |
| 3/1/2017 | 13 | NATIONSTAR MORTGAGE, LLC | 1555226 | Principal (System Check) - MONTHLY DISBURSEMENTS | | $1,462.88 |
| 3/1/2017 | 6 | CENTRAL FLORIDA POSTAL CU | 1553702 | Principal (System Check) - MONTHLY DISBURSEMENTS | | $96.15 |
| 3/1/2017 | 4 | BANK OF AMERICA, N.A. | 1553319 | Principal (System Check) - MONTHLY DISBURSEMENTS | | $395.51 |
| 2/7/2017 | 88301 | | 0752 | Money Order | $473.00 | |
| 2/7/2017 | | LAURIE K WEATHERFORD, TRUSTEE | | Trustee Fee - Plan Receipt | | $16.56 |
| 2/7/2017 | 88301 | | 0741 | Money Order | $1,000.00 | |
| 2/7/2017 | | LAURIE K WEATHERFORD, TRUSTEE | | Trustee Fee - Plan Receipt | | $35.00 |
| 1/6/2017 | 87847 | | 2715 | Credit Union Check | $1,473.00 | |
| 1/6/2017 | | LAURIE K WEATHERFORD, TRUSTEE | | Trustee Fee - Plan Receipt | | $51.56 |
| 12/7/2016 | 22 | BANK OF AMERICA, N.A. | 1535563 | Principal (System Check) - MONTHLY DISBURSEMENTS | | $385.27 |
| 12/7/2016 | 21 | NATIONSTAR MORTGAGE, LLC | 1537650 | Principal (System Check) - MONTHLY DISBURSEMENTS | | $108.16 |
| 12/7/2016 | 13 | NATIONSTAR MORTGAGE, LLC | 1537650 | Principal (System Check) - MONTHLY DISBURSEMENTS | | $1,462.88 |
| 12/7/2016 | 6 | CENTRAL FLORIDA POSTAL CU | 1535982 | Principal (System Check) - MONTHLY DISBURSEMENTS | | $96.15 |
| 12/7/2016 | 4 | BANK OF AMERICA, N.A. | 1535562 | Principal (System Check) - MONTHLY DISBURSEMENTS | | $395.51 |
| 12/6/2016 | 87425 | | 2692 | Credit Union Check | $1,473.00 | |
| 12/6/2016 | | LAURIE K WEATHERFORD, TRUSTEE | | Trustee Fee - Plan Receipt | | $51.56 |
| 11/8/2016 | 87065 | | 2662 | Credit Union Check | $1,473.00 | |
| 11/8/2016 | | LAURIE K WEATHERFORD, TRUSTEE | | Trustee Fee - Plan Receipt | | $51.56 |
| 11/1/2016 | 13 | NATIONSTAR MORTGAGE, LLC | 1531562 | Principal (System Check) - MONTHLY DISBURSEMENTS | | $7,650.00 |
| 11/1/2016 | 6 | CENTRAL FLORIDA POSTAL CU | 1532027 | Principal (System Check) - MONTHLY DISBURSEMENTS | | $721.71 |
| 11/1/2016 | 4 | BANK OF AMERICA, N.A. | 1522672 | Principal (System Check) - MONTHLY DISBURSEMENTS | | $3,559.59 |
| 10/11/2016 | 86542 | | 2639 | Credit Union Check | $1,473.00 | |
| 10/11/2016 | | LAURIE K WEATHERFORD, TRUSTEE | | Trustee Fee - Plan Receipt | | $51.56 |
| 9/7/2016 | 85933 | | 2611 | Credit Union Check | $1,473.00 | |
| 9/7/2016 | | LAURIE K WEATHERFORD, TRUSTEE | | Trustee Fee - Plan Receipt | | $66.28 |
| 8/8/2016 | 85341 | | 2589 | Credit Union Check | $1,473.00 | |
| 8/8/2016 | | LAURIE K WEATHERFORD, TRUSTEE | | Trustee Fee - Plan Receipt | | $66.28 |
| 7/6/2016 | 84772 | | 2565 | Credit Union Check | $1,473.00 | |
| 7/6/2016 | | LAURIE K WEATHERFORD, TRUSTEE | | Trustee Fee - Plan Receipt | | $41.24 |
| 6/7/2016 | 84225 | | 2542 | Credit Union Check | $1,473.00 | |
| 6/7/2016 | | LAURIE K WEATHERFORD, TRUSTEE | | Trustee Fee - Plan Receipt | | $41.24 |
| 5/16/2016 | 83653 | | 2514 | Credit Union Check | $1,473.00 | |
| 5/16/2016 | | LAURIE K WEATHERFORD, TRUSTEE | | Trustee Fee - Plan Receipt | | $41.24 |
| 4/7/2016 | 83251 | | 4552 | Money Order | $1,000.00 | |
| 4/7/2016 | | LAURIE K WEATHERFORD, TRUSTEE | | Trustee Fee - Plan Receipt | | $28.00 |
| 4/7/2016 | 83251 | | 4563 | Money Order | $473.00 | |
| 4/7/2016 | | LAURIE K WEATHERFORD, TRUSTEE | | Trustee Fee - Plan Receipt | | $13.24 |
| 3/4/2016 | 82652 | | 2463 | Credit Union Check | $1,473.00 | |
| 3/4/2016 | | LAURIE K WEATHERFORD, TRUSTEE | | Trustee Fee - Plan Receipt | | $41.24 |
| 2/17/2016 | 82321 | | 0506 | Credit Union Check | $148.00 | |
| 2/17/2016 | | LAURIE K WEATHERFORD, TRUSTEE | | Trustee Fee - Plan Receipt | | $4.14 |
| 2/16/2016 | 82293 | | 2226 | Money Order | $325.00 | |
| 2/16/2016 | | LAURIE K WEATHERFORD, TRUSTEE | | Trustee Fee - Plan Receipt | | $9.10 |
| 2/16/2016 | 82293 | | 2215 | Money Order | $1,000.00 | |
| 2/16/2016 | | LAURIE K WEATHERFORD, TRUSTEE | | Trustee Fee - Plan Receipt | | $28.00 |
| | | | | Totals: | $32,406.00 | $32,406.00 |